Adding Bar Membership record for **Richard E. Lerner**

**Update Bar Membership Information**

| | |
|---:|:---|
| **Division** | Brooklyn |
| **Bar Member Status** | Unknown |
| **Bar number** | RL6477 |
| **Method of Admission** | |
| **Fee Status** | |    **Fee Year** |
| **Slip Opinion** | no |
| **CJA Status** | |
| **CLE Status** | |
| **Remark1** | |
| **Remark2** | |
| **Date of Application** | |
| **Date of Admission to the Bar** | |
| **Date First Appeared** | |

Submit    Clear