**Update Person Information**

| | | |
|---|---|---|
| **Last name** Lerner | **First name** Richard | **Filer status** |
| **Middle name** E. | **Generation** | **Filer status comment** |
| **Gender** | **ATY Type** | |
| **Title** esq | | |
| **Bar number** RL6477 | **Type** aty | **Pro Hac Vice** no |
| **Office** | | |
| **Unit** | | |
| **Address 1** 1375 Broadway | | |
| **Address 2** 3rd Floor | | |
| **Address 3** | | |
| **City** New York | **State** NY | **Zip** 10018 |
| **Country** US | **County** New York | |

**Firm**
Not Associated with Firm
Abbey Gardy LOP
Ablondi, Foster and Sobin
Abrams Gorelick Friedman & Jacobson
Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara &
Abramson & Keller

[Add/Modify Firm]  [Populate Firm Address Lines]

**Phone** 917-584-4864                    **Fax** 347-824-2006
**Primary e-mail address** richardlerner@msn.com
**DOB**                                    **End date**
**SSN**      **Drivers License Number**      **Drivers License State**

[Next] [Clear]