```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ----------------------------------------x
     In Re: Applications to Unseal 98 CR 1101,
 3                                               12-MC0150
                                                 (ILG)
 4
                                      United States Courthouse
 5                                    Brooklyn, N.Y.  11201
     ----------------------------------------x
 6
                                      August 22, 2012
 7                                    11:00 A.M.

 8              TRANSCRIPT OF MOTION CONFERENCE
                 Before HON. I. LEO GLASSER,
 9               UNITED STATES DISTRICT JUDGE

10                A P P E A R A N C E S:

11   FOR THE MOVANTS:

12   HOLLAND & KNIGHT, LLP
     Attorney for Miami Herald Media Company
13   31 West 52nd Street
     New York, New York 10019
14
     BY: STEVEN L. D'ALESSANDRO, ESQ.
15

16
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
17   Attorney for Richard Roe
     150 East 42nd Street
18   New York, New York 10017

19   BY: IRV HIRSCH, ESQ.

20

21   ATTORNEYS FOR GOVERNMENT:

22   LORETTA LYNCH, ESQ.
     United States Attorney - Eastern District of New York
23   271 Cadman Plaza East
     Brooklyn, New York  11201
24   BY:  TODD KAMINSKY, ESQ.
             ELIZABETH JANE KRAMER, ESQ.
25   Assistant United States Attorneys
```

```
 1   BEYS, STEIN & MOBARGHA, LLP
     Attorney for John Doe
 2   405 Lexington Avenue - 7th Floor
     New York, New York 10174
 3
     BY: NADER MOBARGHA, ESQ.
 4

 5

 6

 7

 8

 9   Court Reporter:  Judi Johnson, RPR, CRR, CLR
     Official Court Reporter
10   Telephone: (718) 613-2582
     Facsimile: (718) 613-2480
11   E-mail: Judi_Johnson@nyed.uscourts.gov

12

13   Proceedings recorded by computerized stenography.  Transcript
     produced by Computer-aided Transcription.
14

15

16

17                               *  *  *  *

18

19   (In open court.)

20   (Defendant present in open court.)

21           COURTROOM DEPUTY:  All rise.  The United States

22   District Court for the Eastern District of New York is now is

23   session.  The Honorable I. LEO GLASSER is now presiding.

24           (Honorable I. LEO GLASSER takes the bench.)

25           COURTROOM DEPUTY:  Calling Motion in Docket No.
```

Proceedings

1    12-MC-150.

2           Counsel, please note your appearances for the

3    record.

4           MR. KAMINSKY:  For the United States of America,

5    Assistant United States Attorney Todd Kaminsky and Elizabeth

6    Kramer.

7           Good morning, your Honor.

8           MR. D'ALESSANDRO:  Steven D'Alessandro for Miami

9    Herald Media Company.

10          MR. HIRSCH:  Good morning.  Irving Hirsch of Wilson,

11   Elser on behalf of Richard Roe, movant.

12          MR. OBERLANDER:  Frederick Oberlander from the law

13   office of Frederick Oberlander in Montauk for Lorienton

14   Palmer.

15          THE COURT:  I take it the only persons missing or

16   the person missing would be Linda Strauss.

17          MR. OBERLANDER:  She is pro se, from what I've been

18   told.  I haven't had contact with her.

19          THE COURT:  Is Ms. Strauss here?

20          All right.  Mr. D'Alessandro, why don't we address

21   your motion first.

22          MR. D'ALESSANDRO:  Thank you, Your Honor.

23          On behalf of the Miami Herald, our position is

24   largely a procedural one.  I understand that we're on today

25   for a hearing.  As for witnesses and documents, we have none,

1  except for our papers.  As I said, this is largely a

2  procedural argument.

3          THE COURT:  Let me make an observation about that.

4          The rule of this court is that if an application for

5  an adjournment to appear at a hearing is to be made or

6  requested, it should be made 48 hours in advance of that

7  hearing.  I arrived in chambers this morning to find a stack

8  of papers and letters requesting an adjournment, one because

9  somebody is attending a memorial service for a friend, which

10 apparently warrants inconveniencing this court even if it's

11 only for a day.  And I'm denying that application.  Also,

12 there is also an application by Wilson, Elser to adjourn this

13 proceeding, which I denied yesterday.

14         The hearing that I propose to go forward with this

15 morning -- and by the way, I haven't received any response one

16 way or the other from the government with respect to an

17 adjournment of this hearing.  What I intend to go forward with

18 this morning is only that aspect of the motions which are

19 before me to unseal the docket sheet.

20         Some of the motions which were made, the motion by

21 Wilson, Elser, the motion by Palmer and I believe the reading

22 of the motion by Linda Strauss would also warrant the

23 interpretation that her seeking to unseal not only the docket,

24 but all of the items which were the subject of that docket.  I

25 don't intend to deal with that aspect of the motion, simply

Proceedings

```
 1   because to deal with that aspect of the motion intelligently
 2   and fairly would require an opportunity to be given to the
 3   government if that application to keep the record, the
 4   document and the docket sheet sealed, an opportunity to
 5   review, and the Court would have to do it as well.  All of
 6   those documents, if any, which may have been sealed which
 7   might warrant a determination by the Court if the government
 8   convinces the Court the burden is on them, that there is a
 9   compelling interest which may override the First Amendment and
10   the common law right of access.  That obviously can't be done
11   today.  That would take a period of time to permit a review of
12   all of the documents which have been filed to make an informed
13   judgment about that.
14           So I'm prepared to hear argument, if any, with
15   respect to the unsealing of the docket sheet.  And if you're
16   ready, Mr. D'Alessandro, having said all that, go ahead.
17           MR. D'ALESSANDRO:  Thank you very much.  And I will
18   know brief.
19           I think that our client's position is laid out
20   substantially in our papers.  And as I said, this is a
21   procedural argument.  And it's simply this, that as Your Honor
22   has already identified, there are both First Amendment and
23   common law rights at stake here.  There is -- with regards to
24   docket sheets, the Second Circuit has been very explicit that
25   they enjoy a presumption of openness.  I'm sure Your Honor is
```

1  well aware as to the reasons why, as the Second Circuit

2  explained that the docket sheets provide a kind of index to

3  judicial proceedings which would allow the public to exercise

4  both their First Amendment and their common law right of

5  access.

6  We recognize, obviously, it's a rebuttable

7  presumption.  But there's been no demonstration that we are

8  aware of that suppression is essential to preserve higher

9  values and that that is narrowly tailored to serve that

10 interest.  And I'm again quoting from Hartford Courant at

11 Page 96.  And I think that that would be a difficult thing for

12 the government to establish.  I would note at least in a

13 Second Circuit -- one of the Second Circuit summary orders in

14 the underlying case they mention that there was a press

15 release that identified John Doe and that there was an arrest

16 and also that at least at one point, I believe on March 17th,

17 2011, the government sought to unseal this case, again in some

18 limited fashion.

19 For all of these reasons -- and if Your Honor has

20 any specific questions, I'm more than happy to answer them.

21 But we would respectfully urge the Court to grant our motion.

22 THE COURT:  I don't have any specific question,

23 Mr. D'Alessandro.

24 The law with respect to the discrete issue before me

25 regarding, as I've indicated, just the docket sheet is quite

1    clear.  I suppose one can sit here for a day and a half to

2    recite the literally hundreds of cases which have expounded

3    upon the First Amendment right of access and common law right

4    of access.  The law with respect to that is perfectly clear.

5         I just want to make it very, very clear that all

6    that's before me this morning is your motion, which seeks the

7    unsealing of the docket only, and that part of the other

8    motions which have been made which deal with that part only.

9         MR. D'ALESSANDRO:  Thank you.

10        THE COURT:  Mr. Hirsch, did you want to be heard?

11        MR. HIRSCH:  Yes, Your Honor.

12        THE COURT:  Go ahead.

13        MR. HIRSCH:  Thank you.

14        May it please the Court and counsel.  Your Honor, my

15   name is Irving Hirsch.  I am a partner at the law firm of

16   Wilson, Elser.  I'll be brief.  I expect to have four points.

17        Point number one, Your Honor, is this, that if

18   there's anything that Wilson, Elser has done or written in the

19   course of this litigation that has offended Your Honor and/or

20   this Court, on behalf of Wilson, Elser, we all respectfully

21   apologize.

22        Number two, Your Honor, in Your Honor's decision

23   that you issued, if I may, Your Honor, you did state that

24   Wilson, Elser had failed to comply with your directive earlier

25   on to furnish the Court with a status report as of May 8th,

Proceedings

1    2012.  With all due respect, our documentation shows that we

2    indeed did furnish that report to the Court.  I brought a copy

3    with me.  I just wanted to point that out for the record.

4              THE COURT:  By all means.  There is no indication

5    it's ever been docketed.  There's no indication on the docket

6    sheet, which was the basis of that observation in that order.

7              MR. HIRSCH:  Okay.  Then I have to make a statement

8    in response to that.  Again, all respectfully.  Your Honor is

9    aware that at some point, that docket sheet was unsealed

10   during this calendar month.  Are you aware of that?

11             THE COURT:  Which docket are you referring to now?

12             MR. HIRSCH:  98 CR --

13             THE COURT:  98 CR 1101?

14             MR. HIRSCH:  Yes.  It was unsealed.

15             THE COURT:  And this is 12 MC 150.

16             MR. HIRSCH:  Yes.  The docket of 98 CR 1101.  It was

17   brought to our attention that for some period of days --

18             THE COURT:  Yes.

19             MR. HIRSCH:  And, in fact, I brought with me

20   Westlaw.

21             THE COURT:  Yes.

22             MR. HIRSCH:  And on that docket sheet, our letter is

23   reflected on it of May 8th, 2012.

24             THE COURT:  I'll look.

25             MR. HIRSCH:  It's an entry.

1       THE COURT:  I looked at it this morning, and I

2   didn't see it.  In any event, I'll look at it again.

3       MR. HIRSCH:  Thank you, Your Honor.  I appreciate

4   that.

5       Next, Your Honor.  As Your Honor knows, Justice

6   Cogan issued a decision last week under the docket of 98 CR

7   1101 which granted the motion by Wilson, Elser to withdraw as

8   counsel for Richard Roe.  And respectfully, we renew that with

9   respect to this instant motion because it is seeking to unseal

10  for today's purposes the docket sheet of that case in which

11  Justice Cogan has determined there's a potential conflict and

12  thus, just for the record, Your Honor, I make that

13  application.

14      THE COURT:  Mr. Hirsch, with respect to that, Judge

15  Cogan's order was explicitly precise.  It was an order which

16  concludes -- speaking now off the top of my head.  I don't

17  have the order before me.  It concludes that the motion is

18  granted specifically with respect to 98 CR 1101.

19      MR. HIRSCH:  Correct, sir.

20      THE COURT:  There was another docket, 12 MC 150.

21      MR. HIRSCH:  Yes, Your Honor.

22      THE COURT:  Which was in existence at that time.  I

23  don't know why, although I can speculate but won't, as to why

24  Judge Cogan thought it appropriate to grant the order very

25  specifically with respect to 98 CR 1101.  It may very well be

Proceedings

1   because the motion to withdraw it was made under docket 98 CR

2   1101.

3           MR. HIRSCH:  Correct.

4           THE COURT:  And it may very well be that there is a

5   different consideration which may dictate the result with

6   respect to one aspect of this case and another.

7           MR. HIRSCH:  I understand.

8           THE COURT:  It is not unusual -- perhaps not that

9   very common, but it's not unusual for a lawyer to be

10  conflicted with respect to one person in one case and be

11  perfectly capable of proceeding in another.  Whether that was

12  or wasn't in Judge Cogan's mind, I have no idea.  The fact of

13  the matter is that the -- the fact of the matter is that the

14  order of Judge Cogan was very, very specific.

15          MR. HIRSCH:  Yes, Your Honor.

16          THE COURT:  Related only to 98 CR 1101.

17          Having said that, Mr. Hirsch, go ahead.

18          MR. HIRSCH:  I do respectfully make that application

19  at this moment.

20          THE COURT:  I beg your pardon?

21          MR. HIRSCH:  I to respectfully make that same

22  application before Your Honor now, seeking withdrawal.

23          THE COURT:  Well, until I rule on that application,

24  Mr. Hirsch, you're still here on behalf of your client.  The

25  motion with respect to that has just been submitted this

Proceedings

1 morning, and I just received it.  It may be that your client

2 may have an opportunity to object to your motion.  It may be

3 that my determination with respect to that may be dictated by

4 other concerns.  I don't know.

5 MR. HIRSCH:  Thank you, Your Honor.

6 Finally, Judge --

7 THE COURT:  But you're still here.

8 MR. HIRSCH:  I'm still here.  And if I may just

9 finish up my remarks and get to the narrow issue for today,

10 and that is the instant motion that Your Honor is considering

11 today to unseal the docket of 98 CR 1101.

12 In sum, Your Honor, and in relying upon the papers

13 previously submitted, in our view, there's no compelling

14 overwhelming government interest to continue with the sealing

15 of the docket.  And moreover, there is no basis to protect the

16 identity of John Doe and the alleged cooperation of John Doe

17 because that information has already been disclosed.

18 And appreciating that -- the scope of this morning's

19 hearing, I just would like to put on the record that there are

20 certain documents that would support the statements I just

21 made and the relief that we're seeking, and Your Honor, I'm

22 sure, is very well familiar about those documents.  I think

23 one of them was just cited by counsel for the Miami Herald.

24 And they would include a press release from 2000,

25 which is in the Congressional Record, and in that press

Proceedings

1  release there's information about the plea of guilty in a

2  fraud case involving $40 million by John Doe.  There is a

3  transcript in another case from that same calendar year,

4  United States against Coppa, C-O-P-P-A, in which on the record

5  it is stated that John Doe is cooperating with the government.

6  There is a document still available in the national archives

7  from April 2002, a letter from the Department of Justice to

8  Your Honor, requesting the adjournment of the sentence of John

9  Doe secondary to his continued cooperation.  And finally, Your

10  Honor, there is a book which was published, to my

11  understanding, in calendar year 2009, which does contain

12  information with respect to John Doe and states in substance

13  that John Doe has done certain things which may have misled

14  the Department of Justice to allow him to obtain the

15  resolution of the underlying criminal case that he did.

16      Based upon all that, Your Honor, we seek the relief

17  that we've requested.  Thank you.

18      THE COURT:  Okay.  Thank you.

19      Mr. Oberlander, do you want to be heard?

20      MR. OBERLANDER:  Yes.  Thank you, Your Honor.

21      I wish to apologize on one small point.  I was and

22  still am seriously ill; and as a result, given the time

23  pressure and lack of adjournment, I was unable to determine

24  something.  In the interest of my client, I took the course

25  that seemed safest.  Many cases establish that if there is

1  ground to request disqualification, recusal -- the words are

2  used interchangeably -- at least in the context of a trial,

3  that the motion must be made quickly and, moreover, before the

4  onset of the trial.  What I sent in last night -- I'm not sure

5  if the Court is aware of it, but I served it, of course -- was

6  done in haste simply to make certain it got in here given the

7  speed with which developments were occurring.  I intend to

8  replace it with a much more formal and more erudite

9  presentation.

10          Having said that, having said that, we have been

11  informed that on several dates in 2011 in docket 98 CL 1101,

12  that it reflects ex parte meetings --

13          THE COURT:  Excuse me, Mr. Oberlander.  The only

14  issue before me this morning is a motion to unseal the docket.

15  I am not going to entertain any observations or claims you may

16  make with respect to the validity, legitimacy of what it was

17  that was filed under seal.  That's not before me.  If you wish

18  to address yourself to the merits of your motion regarding the

19  unsealing of the docket sheet, I will hear you.  That is all

20  that's before me this morning.

21          MR. OBERLANDER:  I merely wanted to be on the record

22  as to the issue --

23          THE COURT:  I should tell you, Mr. Oberlander, that

24  I did receive the document that you made reference to earlier.

25          MR. OBERLANDER:  All right.  Procedurally and on the

1 merits in this case, on the unsealing motion, as my colleagues

2 have said, and I'm sure the government will agree, that absent

3 a compelling interest First Amendment access which would

4 subsume incited common law access to a docket is heavily

5 presumed.

6 Without conceding the point that a necessity to

7 protect the safety of the criminal defendant on the docket

8 would at some point possibly, if it rose to the level of great

9 imminent harm, or whatever the standard is, justify at least

10 partial sealing, I wish to call the Court's attention to a

11 petition for writ of certiorari that is not yet assigned --

12 according to the public docket, it's not yet assigned -- that

13 Mr. Roe has submitted to the Supreme Court of the United

14 States.  And in the four questions presented there, two of

15 them, were the Court to grant cert on those issues, would

16 directly effect this exact proceeding.

17 One such question is whether a docket can be sealed,

18 period, by a blanket sealing order issued once purporting to

19 reach indefinitely into the future or is that per se

20 unconstitutional.

21 The second one is whether a docket can be sealed in

22 such a way that if it were unsealed and certain relief were

23 available to third parties as a matter of right, such as

24 restitution --

25 THE COURT:  Mr. Oberlander, I don't want to attempt

1  to predict what the Supreme Court of the United States may

2  decide with regard to the issues you're presenting or may have

3  presented to the Supreme Court.  I would like you to address

4  yourself simply to the motion before me as to whether the

5  docket sheet should be unsealed.  If you wish to rest on your

6  papers with respect to that or adopt what has been said by

7  Mr. Hirsch and Mr. D'Alessandro, that would be perfectly

8  acceptable.

9            MR. OBERLANDER:  Well, I -- I thought you were done.

10 I apologize.

11           THE COURT:  Go ahead.

12           MR. OBERLANDER:  All right.

13           The reason I mention it is that Mr. Palmer's moving

14 papers, which were written some six months ago, state as

15 grounds for unsealing not only the generalized right of

16 access, but they assert specifically as grounds, legal grounds

17 for unsealing that, number one, since there is no evidence

18 that any actual constitutionally required sealing order was

19 ever issued, that there can't be any basis to maintain what

20 doesn't exist.  Now, that's the first point of argument we

21 made in my papers.  And the docket, 98 CR 1101, shows an

22 absence of such an order.

23           Now, the Supreme Court has never ruled on whether

24 its Richmond line of cases require very formal hearings and

25 records and so on, but the Second Circuit has.  And since the

1  docket clearly now shows that there is no order, my first

2  point of argument, which I'll stand on the papers, but to

3  point out that we now know from that docket that slipped out

4  that there is no evidence, any actual order.  So one reason to

5  unseal the docket is that it has never been properly lawfully

6  sealed pursuant to order docket and with findings capable of

7  review.  You can't maintain something that doesn't exist.

8          The second reason that was particularized in this

9  case in our moving papers was that at the time, it was clear

10  from public court calendars that Mr. Doe's sentence occurred

11  on October 23rd before Your Honor.  We took them off the

12  Internet from the public court site.  It says cause for

13  criminal sentencing.  I think it was 11 in the morning,

14  courtroom 8B.  And moreover, that's in a redacted unsealed

15  cert petition.  So a gentleman who was sentenced and, as the

16  docket reveals, sentenced for racketeering, presumably two

17  things would have to be true, that there would have to be a

18  mandatory forfeiture order and that there would have--

19          THE COURT:  Excuse me.  Excuse me.

20          MR. OBERLANDER:  Yes.

21          THE COURT:  Mr. Oberlander, if you're going to make

22  some argument with respect to the propriety of the sentence

23  which was issued and getting into matters of restitution and

24  so on, that's not before me.  They may be addressed at another

25  time.  I'm going to direct you, sir, to pay attention to my

Proceedings

1  limitation.

2          MR. OBERLANDER:  I was merely stating that as --

3          THE COURT:  I know what you're stating.

4          MR. OBERLANDER:  -- a particularized reason there's

5  public import.

6          THE COURT:  Mr. Oberlander, I'm directing you to

7  conduct yourself in accordance with my direction.  I have a

8  very discrete motion before me, and that is whether the docket

9  sheet should be unsealed.

10          MR. OBERLANDER:  Now, as to evidence, was it Your

11  Honor's intention to continue for purposes of presenting

12  evidence before Your Honor, or is this solely -- in other

13  words, we had very little time, obviously, to subpoena

14  anybody.  Presumably, the government -- I'm asking you what

15  your intention was.  Was today merely to be -- I have a copy

16  of the document that Wilson, Elser sent for Mr. Roe.  It

17  requests confirmation of whether witnesses would be expected

18  to be ready today, or is this a procedural hearing of some

19  kind to set schedules and hear arguments?  And to my

20  knowledge, their request wasn't answered.  So what is Your

21  Honor's position on presenting either demonstrative or

22  testimonial evidence?

23          THE COURT:  Mr. Oberlander, my position is very

24  simply this.  This is not a motion which requires the

25  presentation of evidence.  This is a motion which will be

1   determined basically and only on legal principles, the legal

2   principles being those embodied in the First Amendment and the

3   common law right of access and whether or not there are

4   compelling interests which override that First Amendment and

5   common law right of access which have been demonstrated by the

6   government, who has the burden of proof to establish that, to

7   maintain the sealing of that docket.  That is all that's

8   before me.  Those are pure legal issues which require no

9   evidentiary hearing.

10          MR. OBERLANDER:  But the presence of a compelling

11  interest would require the government to demonstrate that

12  there are no less restricted means to satisfy it.  I

13  understand that it's largely a constitutional argument.  But

14  if, for example, they were to argue that Mr. Doe's safety were

15  at risk, I submit that, like any other First Amendment issue,

16  it would require a factual showing of imminent immediate great

17  harm.

18          THE COURT:  Mr. Oberlander, excuse me.  If I

19  determine that a factual showing is necessary, I'll make that

20  determination and order one.

21          MR. OBERLANDER:  That's all I ask.  Then I rest on

22  the papers -- one small comment, and I'll rest in a minute.

23          My colleague there made a list of items that I would

24  ascribe to the futility doctrine, meaning not so much --

25          THE COURT:  He's not your colleague.  He's your

1  lawyer for purposes of this proceeding, Mr. Oberlander.

2       MR. OBERLANDER:  Your Honor, you just put into the

3  that I'm represented by somebody who identified himself as

4  representing Mr. Roe.

5       THE COURT:  That's correct.  I'm sorry.  I'm sorry.

6  I misspoke.

7       MR. OBERLANDER:  No, no.  I was being very careful

8  not to do that.  I'm sure no one in here knows who I am.

9       THE COURT:  For some reason, Mr. Oberlander, I

10  regard you and Richard Roe almost inseparable.  Go ahead.

11       MR. OBERLANDER:  I wanted to say that in the list of

12  those items which I would call futility items, you know, it's

13  over here, you can get this over here, he may not be aware

14  that we have found an official court transcript, which again,

15  I'm not proffering because it's not evidence.  But just so

16  Your Honor understands that there was a unified motion

17  hearing -- and the Court can take notice of its own calender.

18  In United States versus Coppa in February 2001, there was a

19  hearing in open court before Your Honor, which about eight of

20  the defendants were there, along with counsel, based on

21  everybody identifying themselves, and the purpose was an

22  omnibus hearing for half a dozen severance motions.  And

23  during that severance motion, the attorney for Ray whoever --

24  it doesn't matter -- got up and started explaining why he

25  wanted a severance because of all the work he had -- I'm just

Proceedings

1    telling you what's on the transcript.

2           The point is that that transcript very clearly shows

3    a colloquy between the defense attorney in front of all of the

4    other lawyers against Mr. Sack and one other AUSA, and they

5    are describing the defendant as, quote, a cooperator and

6    government witness who's due to testify.

7           So that's occurred in public court.  And legally

8    speaking, I would submit that that estops the government from

9    arguing that in some way here that there's ever been a need to

10   protect his identity insofar as he's a cooperator, when

11   they're sitting there and discussing it in front of Your Honor

12   in the context of a severance motion.

13          THE COURT:  Thank you very much.

14          Is Ms. Strauss here?  No.  All right.

15          Now, the government or Mr. Mobargha, whoever wishes

16   to respond.

17          I think you've noted your appearance, haven't you?

18          MR. KAMINSKY:  I have, Your Honor.

19          Good morning.

20          THE COURT:  Good morning.

21          MR. KAMINSKY:  Thank you.

22          Your Honor, the government is well aware of the case

23   law with respect to the propriety of sealed dockets.  The

24   government is also aware of its obligation in its own right to

25   constantly in any sealed matter adumbrate and reevaluate the

1  balance between the limited right of access versus the

2  compelling interest that may have necessitated the sealing in

3  the first instance.  The government certainly doesn't take the

4  sealing of dockets lightly, nor in this case is it advocating

5  a sealed docket in perpetuity or one that will remain there

6  forever.  At least, at this juncture, it's certainly not

7  prepared to do that.

8           THE COURT:  Excuse me, Mr. Kaminsky.  I just want to

9  make sure that you're addressing the very discrete issue

10 before me.  I have indicated that it is impossible for me to

11 make an informed judgment with respect to the documents

12 themselves which the docket sheet reflects have been sealed.

13 It may very well be that information contained in those

14 documents may satisfy the burden which you bear to establish

15 that there's a compelling interest to maintain the

16 confidentiality of the information contained in those

17 documents.  I can't make any informed judgment about that

18 until you have had an opportunity to carry the burden of

19 proof, which is yours, with respect to those documents and

20 I've had an opportunity to determine whether you have carried

21 the burden of proof.  So it will take some time.  And you'll

22 have an opportunity to do it, to examine all the documents

23 which have been sealed for the purpose of determining whether

24 a compelling overriding interest still affects or infects

25 those documents.

1      So just address yourself to the unsealing of the

2   docket sheet itself.  That's all that's before me.  That's

3   what the Miami Herald motion deals with.  That's what all the

4   motions deal with, in addition to the unsealing of the

5   documents reflected on that docket sheet.

6      MR. KAMINSKY:  Your Honor, it's the government's

7   position that the unsealing of the docket sheet itself will

8   prejudice compelling interests in this case.

9      THE COURT:  All right.  Now you'll have to tell me

10  why.

11     First let me ask:  Am I correct in the belief that

12  the underlying consideration for sealing the case initially

13  and maintaining the sealing of that case thereafter, was to

14  protect the identity of we'll still refer to him as John Doe

15  and the fact that John Doe was a cooperator?  Those were the

16  only considerations which warranted the sealing of that case.

17  And the application to seal that case, get into the question

18  of whether there ever was an order sealing the case.  There's

19  no doubt that there was.  That would be for another day.  Was

20  granted based upon the compelling concern which was obvious at

21  that time given the entire context of that case.  That the

22  identity of John Doe and the fact that he was cooperating did

23  entail and contained within it an overriding compelling

24  interest of the safety of that person, not only of himself,

25  but of his family, perhaps.  And it was for those reason that

1  that case was sealed. And for those reasons that the case

2  remained sealed. Now, if the identity of John Doe is no

3  longer a secret, if the identity of John Doe, his name, the

4  fact that he was a cooperator is now a matter of public

5  information, what is the justification of maintaining the

6  sealing of that docket if the only thing in that docket,

7  presumptively, and I think it's correct, that may have any

8  bearing upon the notion of a compelling interest is the fact

9  that he was a cooperator. But that's known now. I should

10  indicate that not only was he identified, I won't get into the

11  origins in this proceeding, in a filing in the Southern

12  District. But also identified in the New York Times. Also

13  identified in the Miami Herald, not only by name but by

14  photograph. And just about a week or 10 days ago, there was

15  an inadvertent publication of the docket sheet, that is,

16  unsealed, inadvertently by a clerk in the clerk of the court's

17  office. It's unfortunate. But as a result of that

18  unfortunate mishap, that docket sheet is now available on

19  Westlaw. It's available on Lexis. What is the compelling

20  interest to keep the docket sheet sealed?

21         MR. KAMINSKY:   Your Honor, may I have two seconds

22  to consult with Ms. Kramer?

23         THE COURT:  Absolutely. As a matter of fact,

24  Mr. Kaminsky, if my memory serves me, there was a letter which

25  the government had written some time ago in which it

1  specifically agreed or asked that the docket sheet be

2  unsealed.

3      MR. KAMINSKY:  That's correct, Your Honor.  In

4  between the time of that letter and today, as Your Honor is

5  aware through several ex parte --

6      THE COURT:  Mr. Kaminsky, again, the question I'm

7  putting to you has no bearing upon -- does not implicate

8  information which may be contained in documents that were

9  sealed which you may satisfy the Court into believing and

10 holding that there's a compelling overriding interest.  I've

11 made it, I think, as clear as I can, at least three times now.

12 That the only issue before me on this motion pertains to the

13 docket sheet itself.  I cannot at this stage, make any

14 determination regarding the unsealing of the documents in that

15 docket sheet because you should have an opportunity and I must

16 have the opportunity to examine those documents to determine

17 whether there is anything in them which may justify overriding

18 a common law right of access in the First Amendment.

19      MR. KAMINSKY:   Your Honor, it is not my purpose to

20 get off topic.  I want to narrowly address the issue before

21 you.  However, when one looks at the fulsome docket sheet,

22 which the government has had the opportunity to do, the timing

23 of certain entries, the length of certain entries, meaning

24 when they occurred in relation to when other events occurred,

25 may relate to the issues the government has related to Your

Proceedings

1  Honor that have presented additional factors that favored

2  sealing.

3        THE COURT:  Anything else?

4        MR. KAMINSKY:  No, Your Honor.  But the government

5  does reiterate that at the nearest appropriate juncture, it is

6  aware, keenly aware, that there may be a moment where there

7  are no factors that favor a sealing of the docket and that at

8  that moment, it will make its position clear to Your Honor,

9  that it agrees that an unsealing of the docket is appropriate.

10  It cannot at this moment in time say that this are no factors

11  that favor sealing of that at this moment.

12        THE COURT:  Mr. Kaminsky, I don't think you've

13  responded, although you've made an effort, to the question

14  that I've put.  The genie is out of the on bottle in the sense

15  that that docket sheet is now available to anybody who wants

16  to look at Westlaw, to anybody who wants to look at Lexis.

17  It's the docket sheet as it exists as of today.  That docket

18  sheet is now out in the public.  It can't be put back in the

19  bottle.  It can't be concealed again.  It's there.  It's there

20  by virtue of some inadvertence in the clerk's office.  The

21  unsealing of the docket sheet.  Forget about whether it should

22  have, might have been unsealed.  Even if that didn't occur.

23  The fact of the matter is that that docket sheet is now out

24  into the public domain.  What is the justification for keeping

25  it sealed.

Proceedings

1    MR. KAMINSKY:  Okay, Your Honor, the government

2  didn't understand that.  The government's understanding was,

3  and obviously, if Your Honor is asking what's the point of

4  keeping something sealed that somebody can go look up on the

5  internet right now --

6    THE COURT:  Exactly.

7    MR. KAMINSKY:  -- obviously there's not much the

8  government can say.  The government's understanding was it was

9  publicly available for a moment or for a certain amount of

10  time, then was sealed and it was no longer there.  If right

11  now one can go on and find the docket, I can't tell Your Honor

12  that sealing it would do any good.  I just wasn't factually

13  aware that that was what was taking place.

14    THE COURT:  You were aware of the fact that that

15  docket sheet is now on Westlaw, aren't you?

16    MR. KAMINSKY:  No.  I am now that Your Honor is

17  telling me.  But I was not as I walked into this courtroom.

18    THE COURT:  It's been available on Westlaw for about

19  six or seven days.  Do you think the docket sheet was

20  inadvertently unsealed in response to that application which

21  was made somewhere around the sixth of August and I think it

22  remained unsealed until somewhere around the 10th or 16th of

23  August when that was discovered.  And then it was immediately

24  resealed because there was no court order at that time.  Or if

25  there was, it was misunderstood by the clerk.  So it's there.

1  You can go onto Westlaw and see this docket sheet.  Go onto

2  Lexis and see this docket sheet.

3  MR. KAMINSKY:  Well, Your Honor, I think the answer

4  to your question is an obvious one which is there's very

5  little point in asking you to sale something that is

6  unsealable.  So that's obviously the government's answer at

7  this time and I apologize for the difficulty in being on the

8  same page as Your Honor.

9  THE COURT:  Mr. Mobargha, do you want to be heard in

10  any way?

11  MR. MOBARGHA:  Yes, briefly, Your Honor.

12  Mr. Mobargha, counsel for Doe.

13  I just wanted to start off by speaking about a Court

14  of Appeals injunction regarding keeping all information that

15  references Doe's cooperation under seal.

16  THE COURT:  Mr. Mobargha, I'm very, very much aware

17  of the Court of Appeals' mandate.  I'm aware of that.  I have

18  a discrete question before me, and that is what is the

19  determination to be made of a motion to unseal the docket

20  sheet, period.

21  MR. MOBARGHA:  Well, the actual docket sheet itself,

22  as the government said, I believe unsealing it, putting aside

23  the fact that there had been an inadvertent unsealing -- and

24  I'll get to that.  Unsealing the docket sheet at this time

25  would actually in some ways violate the Court of Appeals'

1  injunction because the timing of those entries, the distance

2  between -- the time distance between those entries actually

3  would reveal that there had been some kind of cooperation in

4  this case.  So in that sense, you know, putting the documents

5  aside, because I know that's a separate analysis, but the

6  actual entries, the titles of those document entries as well

7  as the timing between those entries, I think would be a

8  violation of the Court of Appeals injunction, because it would

9  in essence Mr. Doe's cooperation.

10          And I'd like to get to the fact --

11          THE COURT:  Excuse me.  Who would be answerable to

12  the violation?  Would it be some docket clerk in the clerk's

13  office?  Yes.  The injunction may have in some way been

14  violated, assuming it has been.  And I'm not determining who

15  even suggesting that it has been.  The fact of the matter is

16  the docket has been unsealed, unsealed inadvertently.  It's

17  out for anybody who wishes to log onto Westlaw and Lexis to

18  see.  The point of the matter is justification for sealing the

19  docket and many other things over the years was to maintain

20  the confidentiality of the identity of your client and the

21  fact that he was a cooperator.  It is no longer possible to

22  maintain the confidentiality of that information.  It hasn't

23  been possible since the New York Times published it, the fact

24  that he is who he is and is a cooperator.  And more

25  specifically, his photograph appeared in the Miami Herald with

1    that information.

2            So the fact basis for the sealing of the docket --

3    again, I don't know how many times I can make it clear.  We're

4    dealing only with the docket sheet.  The basis for sealing

5    that docket sheet is no longer viable.  Whether there is some

6    basis for maintaining the confidentiality of other information

7    which that document sheet contains by virtue of what has been

8    sealed in that docket sheet is another matter.  There may very

9    well be many, many reasons for keeping information sealed

10   completely separate and apart from the identity of your client

11   and the fact that he was a cooperator.  I don't know what

12   those are, if there are any.

13           MR. MOBARGHA:  If I may just address a few of your

14   points regarding the fact that the information is out there

15   and there was a New York Times article.  There was also a New

16   York Times article when we were before the Second Circuit, and

17   the court recognized a distinction between rumors circulating

18   in newspapers through some types of leaks and actual -- you

19   know, a judicial declaration of something and recognized the

20   distinction between the two.  So the Court of Appeals in

21   essence had rejected that.

22           Secondly, regarding the new recent proliferation of

23   news reports regarding Mr. Doe, his photo and other

24   information which we believe is sealed, we have actually a

25   motion for civil contempt before Judge Cogan against Richard

Proceedings

1  Roe and Wilson, Elser about the issue, and the reason why I

2  bring that up is because it simply cannot be that you can

3  allow a party who is subject to a sealing order to go out and

4  violate it and then claim that the information is already out

5  there.

6           THE COURT:  Mr. Mobargha --

7           MR. MOBARGHA:  I just wanted to make a record about

8  that.

9           THE COURT:  Excuse me.  Excuse me.  I understand the

10  point that you're making about the propriety of permitting

11  somebody to make something public and not keep that

12  information sealed.  But I would call your attention to about

13  a half a dozen cases of the Supreme Court of the United

14  States, beginning with the Pentagon papers and Bartnicki and

15  Aguilar and Bainer, countless cases where somebody may have

16  done something inappropriately, but the information was -- was

17  or wasn't protected by the First Amendment.  That's another

18  matter.

19           MR. MOBARGHA:  We actually address some of that case

20  law in the motion to unseal the documents, but --

21           THE COURT:  You filed a motion for contempt.  It's

22  before another court to be resolved.  That's not what's before

23  me.

24           MR. MOBARGHA:  Well, if I may just backtrack to the

25  Court of Appeals had a very similar issue before them

1  regarding some information being public when they heard

2  arguments on February 14th, 2011, and even in the face of

3  those arguments about some information being public or already

4  out there, they believed that the information should still

5  remain sealed and still made a determination and issued an

6  order that all information referencing Doe's cooperation

7  remain sealed regardless of what, perhaps, a New York Times

8  publication had made.

9         Regarding the docket sheet, I also -- a document

10 that had been unsealed and perhaps resealed later, there had

11 been a similar instance, I think, before, where a letter in

12 Doe's co-conspirator case had been unsealed.  That letter had

13 revealed sealed information and had been resealed right away.

14 So in that instance, I think that instance might have happened

15 before; and it was something that was fixed and it was okay as

16 long as the error was discovered quickly and resealed.

17        And Your Honor, frankly, you know, May 10th, 2010,

18 Mr. Roe filed a civil RICO complaint that --

19        THE COURT:  Mr. Mobargha, I'm aware of the history

20 of this case.

21        MR. MOBARGHA:  No, no.  I understand.

22        THE COURT:  Don't say no, no.

23        MR. MOBARGHA:  I'm sorry.  I apologize.  I

24 apologize, Your Honor.

25        THE COURT:  I'm very, very aware of the history of

1  this case.

2         MR. MOBARGHA:  I understand.

3         THE COURT:  I'm very aware of how these proceedings

4  began.  I'm very aware of what happened in the Southern

5  District.  I don't have that before me.

6         MR. MOBARGHA:  Okay.  I understand.

7         THE COURT:  Please don't feel the necessity of

8  reviewing what is extraneous to this proceeding and about

9  which I am entirely familiar.

10         MR. MOBARGHA:  I understand.  I had only brought

11  that point up, not to rehash history but to show that there

12  was an unlawful act of illegal disclosure and that the court

13  was able to fix that and issued an injunction preventing the

14  dissemination of documents that have been disclosed.

15         But that's all I have.  I believe -- in sum, Your

16  Honor, I believe that the docket sheet itself exposing the

17  entries and the timing would violate the Court of Appeals'

18  injunction of February 14th.  Thank you.

19         THE COURT:  Okay.  Anything else?

20         MR. D'ALESSANDRO:  Nothing on behalf of Miami

21  Herald.

22         MR. HIRSCH:  No, Your Honor.

23         MR. OBERLANDER:  One quick point.  My colleague

24  there refers to the Second Circuit order.  The Second Circuit

25  order contains two particular provisions.  One is a remand

Proceedings

1  direction to Your Honor to take up the government's motion to

2  unseal, which included unsealing the docket --

3          THE COURT:  Mr. Oberlander, I'm very familiar with

4  what the Second Circuit --

5          MR. OBERLANDER:  I'm just refuting what he said.

6          THE COURT:  Excuse me.  I'm very familiar with what

7  the Second Circuit has said.  Thank you very much.

8          Thank you very much.  You'll be notified.

9

10                   CERTIFICATE OF REPORTER.

11  I certify that the foregoing is a correct transcript of the

12  record of proceedings in the above-entitled matter.

13

14  _____

15  Judi Johnson, RPR, CRR, CLR
    Official Court Reporter

16

17

18

19

20

21

22

23

24

25

**$**

$40 [1] 12/2
$40 million [1] 12/2

**-**

-------------------------------------x [2] 1/2 1/5

**1**

10 [1] 23/14
10017 [1] 1/18
10019 [1] 1/13
10174 [1] 2/2
10th [2] 26/22 31/17
11 [1] 16/13
1101 [11] 1/2 8/3 8/16 9/7 9/18 9/25 10/2
 10/16 11/11 13/11 15/21
11201 [2] 1/5 1/23
11:00 [1] 1/7
12 [2] 8/15 9/20
12-MC-150 [1] 3/1
12-MC0150 [1] 1/3
14th [2] 31/2 32/18
150 [4] 1/17 3/1 8/15 9/20
16th [1] 26/22
17th [1] 6/16

**2**

2000 [1] 11/24
2001 [1] 19/18
2002 [1] 12/7
2009 [1] 12/11
2010 [1] 31/17
2011 [3] 6/17 13/11 31/2
2012 [3] 1/6 8/1 8/23
22 [1] 1/6
23rd [1] 16/11
2480 [1] 2/10
2582 [1] 2/10
271 [1] 1/23

**3**

31 [1] 1/13

**4**

405 [1] 2/2
42nd [1] 1/17
48 [1] 4/6

**5**

52nd [1] 1/13

**6**

613-2480 [1] 2/10
613-2582 [1] 2/10

**7**

718 [2] 2/10 2/10
7th [1] 2/2

**8**

8B [1] 16/14
8th [2] 7/25 8/23

**9**

96 [1] 6/11
98 [12] 1/2 8/12 8/13 8/16 9/6 9/18 9/25 10/1
 10/16 11/11 13/11 15/21

**A**

A.M [1] 1/7
able [1] 32/13
about [16] 4/3 5/13 11/22 12/1 19/19 21/17
 23/14 25/21 26/18 27/13 30/1 30/7 30/10

30/12 31/3 32/8
above [1] 33/12
above-entitled [1] 33/12
absence [1] 15/22
absent [1] 14/2
Absolutely [1] 23/23
acceptable [1] 15/8
access [11] 5/10 6/5 7/3 7/4 14/3 14/4 15/16
 18/3 18/5 21/1 24/18
accordance [1] 17/7
according [1] 14/12
act [1] 32/12
actual [5] 15/18 16/4 27/21 28/6 29/18
actually [4] 27/25 28/2 29/24 30/19
addition [1] 22/4
additional [1] 25/1
address [3] 3/20 13/18 15/3 22/1 24/20
 29/13 30/19
addressed [1] 16/24
addressing [1] 21/9
adjourn [1] 4/12
adjournment [5] 4/5 4/8 4/17 12/8 12/23
adopt [1] 15/6
adumbrate [1] 20/25
advance [1] 4/6
advocating [1] 21/4
affects [1] 21/24
again [8] 6/10 6/17 8/8 9/2 19/14 24/6 25/19
 29/3
against [3] 12/4 20/4 29/25
ago [3] 15/14 23/14 23/25
agree [1] 14/2
agreed [1] 24/1
agrees [1] 25/9
Aguilar [1] 30/15
ahead [5] 5/16 7/12 10/17 15/11 19/10
aided [1] 2/13
all [28] 2/21 3/20 4/24 5/5 5/12 5/16 6/19 7/5
 7/20 8/1 8/4 8/8 8/12 16/16 13/19 13/25 15/12
 18/7 18/21 19/25 20/3 20/14 21/22 22/2 22/3
 22/9 27/14 31/6 32/15
alleged [1] 11/16
allow [3] 6/3 12/14 30/3
almost [1] 19/10
along [1] 19/20
already [4] 5/22 11/17 30/4 31/3
also [9] 4/11 4/12 4/22 6/16 20/24 23/12
 23/12 29/15 31/9
although [2] 9/23 25/13
am [7] 7/15 12/22 13/15 19/8 22/11 26/16
 32/9
Amendment [10] 5/9 5/22 6/4 7/3 14/3 18/2
 18/4 18/15 24/18 30/17
America [1] 3/4
amount [1] 26/9
analysis [1] 28/5
and/or [1] 7/19
another [9] 9/20 10/6 10/11 12/3 16/24
 22/19 29/8 30/17 30/22
answer [6] 6/20 27/3 27/6
answerable [1] 28/11
answered [1] 17/20
any [18] 4/15 5/6 5/14 6/20 6/22 9/2 13/15
 15/18 15/19 16/4 18/15 20/25 21/17 23/7
 24/13 26/12 27/10 29/12
anybody [4] 17/14 25/15 25/16 28/17
anything [4] 7/18 24/17 25/3 32/19
apart [1] 29/10
apologize [6] 7/21 12/21 15/10 27/7 31/23
 31/24
apparently [1] 4/10
Appeals [4] 27/14 28/8 29/20 30/25
Appeals' [1] 27/17 27/25 32/17

appear [1] 4/5
appearance [1] 20/17
appearances [1] 3/2
appeared [1] 28/25
application [10] 4/4 4/11 4/12 5/3 9/13
 10/18 10/22 10/23 22/17 26/20
Applications [1] 1/2
appreciate [1] 9/3
appreciating [1] 11/18
appropriate [3] 9/24 25/5 25/9
April [1] 12/7
April 2002 [1] 12/7
archives [1] 12/6
are [15] 4/18 5/22 6/7 8/10 8/11 11/19 13/1
 18/3 18/8 18/12 20/5 25/7 25/10 29/12 29/12
aren't [1] 26/15
argue [1] 18/14
arguing [1] 20/9
argument [7] 4/2 5/14 5/21 15/20 16/2 16/22
 18/13
arguments [3] 17/19 31/2 31/3
around [2] 26/21 26/22
arrest [1] 6/15
arrived [1] 4/7
article [2] 29/15 29/16
as [41]
ascribe [1] 18/24
aside [2] 27/22 28/5
ask [2] 18/21 22/11
asked [1] 24/1
asking [3] 17/14 26/3 27/5
aspect [4] 4/18 4/25 5/1 10/6
assert [1] 15/16
assigned [2] 14/11 14/12
Assistant [2] 1/25 3/5
assuming [1] 28/14
attempt [1] 14/25
attending [1] 4/9
attention [4] 8/17 14/10 16/25 30/12
attorney [7] 1/12 1/17 1/22 2/1 3/5 19/23
 20/3
ATTORNEYS [2] 1/21 1/25
August [3] 1/6 26/21 26/23
AUSA [1] 20/4
available [7] 12/6 14/23 23/18 23/19 25/15
 26/9 26/18
Avenue [1] 2/2
aware [19] 6/1 6/8 8/9 8/10 13/5 19/13 20/22
 20/24 24/5 25/6 25/6 26/13 26/14 27/16
 27/17 31/19 31/25 32/3 32/4
away [1] 31/13

**B**

back [1] 25/18
backtrack [1] 30/24
Bainer [1] 30/15
balance [1] 21/1
Bartnicki [1] 30/14
based [3] 12/16 19/20 22/20
basically [1] 18/1
basis [6] 8/6 11/15 15/19 29/2 29/4 29/6
be [48]
bear [1] 21/14
bearing [2] 23/8 24/7
because [13] 4/8 5/1 9/9 10/1 11/17 19/15
 19/25 24/15 26/24 28/1 28/5 28/8 30/2
been [31] 3/17 5/6 5/12 5/24 6/7 7/8 8/5
 10/25 11/17 13/10 15/6 16/5 18/5 20/9 21/12
 21/23 25/22 26/18 27/23 28/3 28/13 28/14
 28/15 28/16 28/23 29/7 31/10 31/11 31/12
 31/13 32/14
before [30] 1/8 4/19 6/24 7/6 9/17 10/22
 13/3 13/14 13/17 13/20 15/4 16/11 16/24

**B**

before... [17] 17/8 17/12 18/8 19/19 21/10 22/2 24/12 24/20 27/18 29/16 29/25 30/22 30/22 30/25 31/11 31/15 32/5
beg [1] 10/20
began [1] 32/4
beginning [3] 30/14
behalf [5] 3/11 3/23 7/20 10/24 32/20
being [5] 18/2 19/7 27/7 31/1 31/3
belief [1] 22/11
believe [6] 4/21 6/16 27/22 29/24 32/15 32/16
believed [1] 31/4
believing [1] 24/9
bench [1] 2/24
between [8] 20/3 21/1 24/4 28/2 28/7 29/17 29/20
BEYS [1] 2/1
blanket [1] 14/18
book [1] 12/10
both [2] 5/22 6/4
bottle [2] 25/14 25/19
brief [2] 5/18 7/16
briefly [1] 27/11
bring [1] 30/2
Brooklyn [2] 1/5 1/23
brought [4] 8/2 8/17 8/19 32/10
burden [5] 5/8 18/6 21/14 21/18 21/21

**C**

C-O-P-P-A [1] 12/4
Cadman [1] 1/23
calendar [3] 8/10 12/3 12/11
calendars [1] 16/10
calender [1] 19/17
call [3] 14/10 19/12 30/12
Calling [1] 2/25
can [13] 7/1 9/23 14/17 14/21 19/13 19/17 24/11 26/4 26/8 26/11 27/1 29/3 30/2
can't [7] 5/10 15/19 16/7 21/17 25/18 25/19 26/11
cannot [3] 24/13 25/10 30/2
capable [2] 10/11 16/6
careful [1] 19/7
carried [1] 21/20
carry [1] 21/18
case [26] 6/14 6/17 9/10 10/6 10/10 12/2 12/3 12/15 14/1 16/9 20/22 21/4 22/8 22/12 22/13 22/16 22/17 22/18 22/21 23/1 23/1 28/4 30/19 31/12 31/20 32/1
cases [5] 7/2 12/25 15/24 30/13 30/15
cause [1] 16/12
cert [2] 14/15 16/15
certain [7] 11/20 12/13 13/6 14/22 24/23 24/23 26/9
certainly [2] 21/3 21/6
CERTIFICATE [1] 33/10
certify [1] 33/11
certiorari [1] 14/11
chambers [1] 4/7
Circuit [10] 5/24 6/1 6/13 6/13 15/25 29/16 32/24 32/24 33/4 33/7
circulating [1] 29/17
cited [1] 11/23
civil [2] 29/25 31/18
CL [1] 13/11
claim [1] 30/4
claims [1] 13/15
clear [7] 7/1 7/4 7/5 16/9 24/11 25/8 29/3
clearly [2] 16/1 20/2
clerk [4] 23/16 23/16 26/25 28/12
clerk's [2] 25/20 28/12

client [5] 10/24 11/1 11/2 11/24 28/20 29/10
client's [1] 5/19
CLR [2] 2/9 33/15
co [1] 31/12
co-conspirator [1] 31/12
Cogan [5] 9/6 9/11 9/24 10/14 29/25
Cogan's [2] 9/15 10/12
colleague [3] 18/23 18/25 32/23
colleagues [1] 14/1
colloquy [1] 20/3
comment [1] 18/22
common [9] 5/10 5/23 6/4 7/3 10/9 14/4 18/3 18/5 24/18
Company [1] 1/12 3/9
compelling [14] 5/9 11/13 14/3 18/4 18/10 21/2 21/15 21/24 22/8 22/20 22/23 23/8 23/19 24/10
complaint [1] 31/18
completely [1] 29/10
comply [1] 7/24
Computer [1] 2/13
Computer-aided [1] 2/13
computerized [1] 2/13
concealed [1] 25/19
conceding [1] 14/6
concern [2] 22/20
concerns [1] 11/4
concludes [2] 9/16 9/17
conduct [1] 17/7
CONFERENCE [1] 1/8
confidentiality [4] 21/16 28/20 28/22 29/6
confirmation [1] 17/17
conflict [1] 9/11
conflicted [1] 10/10
Congressional [1] 11/25
consideration [2] 10/5 22/12
considerations [1] 22/16
considering [1] 11/10
conspirator [1] 31/12
constantly [1] 20/25
constitutional [1] 18/13
constitutionally [1] 15/18
consult [1] 23/22
contact [1] 3/18
contain [1] 12/11
contained [4] 21/13 21/16 22/23 24/8
contains [2] 29/7 32/25
contempt [1] 29/25 30/21
context [3] 13/2 20/12 22/21
continue [2] 11/14 17/11
continued [1] 12/9
convinces [1] 5/8
cooperating [2] 12/5 22/22
cooperation [6] 11/16 12/9 27/15 28/3 28/9 31/6
cooperator [8] 20/5 20/10 22/15 23/4 23/9 28/21 28/24 29/11
Coppa [2] 12/4 19/18
copy [2] 8/2 17/15
correct [7] 9/19 10/3 19/5 22/11 23/7 24/3 33/11
counsel [6] 3/2 7/14 9/8 11/23 19/20 27/12
countless [1] 30/15
Courant [1] 6/10
course [3] 7/19 12/24 13/5
court [42]
court's [2] 14/10 23/16
Courthouse [1] 1/4
courtroom [2] 16/14 26/17
CR [11] 1/2 8/12 8/13 8/16 9/6 9/18 9/25 10/1 10/16 11/11 15/21
criminal [3] 12/15 14/7 16/13
CRR [2] 2/9 33/15

**D**

D'ALESSANDRO [6] 1/14 3/8 3/20 5/16 6/23 15/7
dates [1] 13/11
day [3] 4/11 7/1 22/19
days [3] 8/17 23/14 26/19
deal [4] 4/25 5/1 7/8 22/4
dealing [1] 29/4
deals [1] 22/3
decide [1] 15/2
decision [2] 7/22 9/6
declaration [1] 29/19
defendant [3] 2/20 14/7 20/5
defendants [1] 19/20
defense [1] 20/3
demonstrate [1] 18/11
demonstrated [1] 18/5
demonstration [1] 6/7
demonstrative [1] 17/21
denied [1] 4/13
denying [1] 4/11
Department [2] 12/7 12/14
describing [1] 20/5
determination [6] 5/7 11/3 18/20 24/14 27/19 31/5
determine [4] 12/23 18/19 21/20 24/16
determined [2] 9/11 18/1
determining [2] 21/23 28/14
developments [1] 13/7
DICKER [1] 1/16
dictate [1] 10/5
dictated [1] 11/3
did [6] 7/10 7/23 8/2 12/15 13/24 22/22
didn't [3] 9/2 25/22 26/2
different [1] 10/5
difficult [1] 6/11
difficulty [1] 27/7
direct [1] 16/25
directing [1] 17/6
direction [2] 17/7 33/1
directive [1] 7/24
directly [1] 14/16
disclosed [2] 11/17 32/14
disclosure [1] 32/12
discovered [2] 26/23 31/16
discrete [4] 6/24 17/8 21/9 27/18
discussing [1] 20/11
disqualification [1] 13/1
dissemination [1] 32/14
distance [2] 28/1 28/2
distinction [2] 29/17 29/20
DISTRICT [8] 1/1 1/1 1/9 1/22 2/22 2/22 23/12 32/5
do [10] 5/5 10/18 12/19 19/8 21/7 21/22 24/22 26/12 26/19 27/9
docket [77]
docketed [1] 8/5
dockets [2] 20/23 21/4
doctrine [1] 18/24
document [7] 5/4 12/6 13/24 17/16 28/6 29/7 31/9
documentation [1] 8/1
documents [18] 3/25 5/6 5/12 11/20 11/22 21/11 21/14 21/17 21/19 21/22 21/25 22/5 24/8 24/14 24/16 28/4 30/20 32/14
Doe [16] 2/1 6/15 11/16 11/16 12/2 12/5 12/9 12/12 12/13 22/14 22/15 22/22 23/2 23/3 27/12 29/9
Doe's [6] 16/10 18/14 27/15 28/9 31/6 31/12
does [3] 12/11 24/7 25/5
doesn't [4] 15/20 16/7 19/24 21/3
domain [1] 25/24

## D

don't [13]  3/20 4/25 6/22 9/16 9/23 11/4
14/25 25/12 29/3 29/11 31/22 32/5 32/7
done [6]  5/10 7/18 12/13 13/6 15/9 30/16
doubt [1]  22/19
dozen [2]  19/22 30/13
due [2]  8/1 20/6
during [2]  8/10 19/23

## E

E-mail [1]  2/11
earlier [2]  7/24 13/24
East [2]  1/17 1/23
EASTERN [3]  1/1 1/22 2/22
EDELMAN [1]  1/16
effect [1]  14/16
effort [1]  25/13
eight [1]  19/19
either [1]  17/21
ELIZABETH [2]  1/24 3/5
else [2]  25/3 32/19
ELSER [11]  1/16 3/11 4/12 4/21 7/16 7/18
7/20 7/24 9/7 17/16 30/1
embodied [1]  18/2
enjoy [1]  5/25
entail [1]  22/23
entertain [1]  13/15
entire [1]  22/21
entirely [1]  32/9
entitled [1]  33/12
entries [8]  24/23 24/23 28/1 28/2 28/6 28/6
28/7 32/17
entry [1]  8/25
error [1]  31/16
erudite [1]  13/8
ESQ [6]  1/14 1/19 1/22 1/24 1/24 2/3
essence [2]  28/9 29/21
essential [1]  6/8
establish [4]  6/12 12/25 18/6 21/14
estops [1]  20/8
even [4]  4/10 25/22 28/15 31/2
event [1]  9/2
events [1]  24/24
ever [4]  8/5 15/19 20/9 22/18
everybody [1]  19/21
evidence [7]  15/17 16/4 17/10 17/12 17/22
17/25 19/15
evidentiary [1]  18/9
ex [2]  13/12 24/5
exact [1]  14/16
Exactly [1]  26/6
examine [2]  21/22 24/16
example [1]  18/14
except [1]  4/1
excuse [9]  13/13 16/19 16/19 18/18 21/8
28/11 30/9 30/9 33/6
exercise [1]  6/3
exist [2]  15/20 16/7
existence [1]  9/22
exists [1]  25/17
expect [1]  7/16
expected [1]  17/17
explained [1]  6/2
explaining [1]  19/24
explicit [1]  5/24
explicitly [1]  9/15
exposing [1]  32/16
expounded [1]  7/2
extraneous [1]  32/8

## F

face [1]  31/2

## Facsimile [1] 2/10

fact [18]  8/19 10/12 10/13 22/15 22/22 23/4
23/8 23/23 25/23 26/14 27/23 28/10 28/15
28/21 28/23 29/2 29/11 29/14
factors [3]  25/1 25/7 25/10
factual [2]  18/16 18/19
factually [1]  26/12
failed [1]  5/2
fairly [1]  5/2
familiar [4]  11/22 32/9 33/3 33/6
familiar with [1]  33/3
family [1]  22/25
fashion [1]  6/18
favor [2]  25/7 25/11
favored [1]  25/1
February [3]  19/18 31/2 32/18
February 14th [1]  31/2 32/18
February 2001 [1]  19/18
feel [1]  32/7
few [1]  29/13
filed [4]  5/12 13/17 30/21 31/18
filing [1]  23/11
finally [1]  11/6 12/9
find [2]  4/7 26/11
findings [1]  16/6
finish [1]  11/9
firm [1]  7/15
first [15]  3/21 5/9 5/22 6/4 7/3 14/3 15/20
16/1 18/2 18/4 18/15 21/3 22/11 24/18 30/17
fix [1]  32/13
fixed [1]  31/15
Floor [1]  2/2
foregoing [1]  33/11
forever [1]  21/6
forfeiture [1]  16/18
Forget [1]  25/21
formal [2]  13/8 15/24
forward [2]  4/14 4/17
found [1]  19/14
four [2]  7/16 14/14
frankly [1]  31/17
fraud [1]  12/2
Frederick [2]  3/12 3/13
friend [1]  4/9
front [2]  20/3 20/11
fulsome [1]  24/21
furnish [1]  7/25 8/2
futility [2]  18/24 19/12
future [1]  14/19

## G

generalized [1]  15/15
genie [1]  25/14
gentleman [1]  16/15
get [7]  11/9 19/13 22/17 23/10 24/20 27/24
28/10
getting [1]  16/23
given [5]  5/2 12/22 13/6 22/21
GLASSER [3]  1/8 2/23 2/24
go [12]  4/14 4/17 5/16 7/12 10/17 15/11
19/10 26/4 26/11 27/1 27/1 30/3
going [3]  13/15 16/21 16/25
good [5]  3/7 3/10 20/19 20/20 26/12
got [2]  13/6 19/24
government [25]  1/21 4/16 5/3 5/7 6/12 6/17
11/14 12/5 14/2 17/14 18/6 18/11 20/6 20/8
20/15 20/22 20/24 21/3 23/25 24/22 24/25
25/4 26/1 26/8 27/22
government's [5]  22/6 26/2 26/8 27/6 33/1
grant [3]  6/21 9/24 14/15
granted [3]  9/7 9/18 22/20
great [2]  14/8 18/16
ground [1]  13/1

## grounds [3] 15/15 15/16 15/16

guilty [1]  12/1

## H

had [19]  3/18 7/24 17/13 19/25 21/18 21/20
23/25 24/22 27/23 28/3 29/21 30/25 31/8
31/10 31/10 31/12 31/12 31/13 32/10
half [3]  7/1 19/22 30/13
happened [2]  31/14 32/4
happy [1]  6/20
harm [2]  14/9 18/17
Hartford [1]  6/10
has [23]  5/22 5/24 6/19 7/18 7/19 9/11 10/25
11/17 12/13 14/13 15/6 15/23 15/25 16/5
18/6 24/7 24/22 24/25 28/14 28/15 28/16
29/7 33/7
hasn't [1]  28/22
haste [1]  13/6
have [47]
haven't [3]  3/18 4/15 20/17
having [4]  5/16 10/17 13/10 13/10
he [13]  12/15 19/13 19/24 19/25 22/22 23/4
23/9 23/10 28/21 28/24 28/24 29/11 33/5
he's [3]  18/25 18/25 20/10
head [1]  9/16
hear [3]  5/14 13/19 17/19
heard [4]  7/10 12/19 27/9 31/1
hearing [11]  3/25 4/5 4/7 4/14 4/17 11/19
17/18 18/9 19/17 19/19 19/22
hearings [1]  15/24
heavily [1]  14/4
her [2]  3/18 4/23
Herald [8]  1/12 3/9 3/23 11/23 22/3 23/13
28/25 32/21
here [12]  3/19 5/23 7/1 10/24 11/7 11/8 13/6
19/8 19/13 19/13 20/9 20/14
higher [1]  6/8
him [2]  12/14 22/14
himself [2]  19/3 22/24
HIRSCH [8]  1/19 3/10 7/10 7/15 9/14 10/17
10/24 15/7
his [6]  12/9 20/10 22/25 23/3 28/25 29/23
history [3]  31/19 31/25 32/11
holding [1]  24/10
HOLLAND [1]  1/12
HON [1]  1/8
Honor [55]
Honor's [3]  7/22 17/11 17/21
Honorable [2]  2/23 2/24
hours [1]  4/6
how [2]  29/3 32/3
However [1]  24/21
hundreds [1]  7/2

## I

I'd [1]  28/10
I'll [7]  7/16 8/24 9/2 16/2 18/19 18/22 27/24
I'm [30]  4/11 5/14 5/25 6/10 6/20 11/8 11/21
13/4 14/2 16/25 17/6 17/14 19/3 19/5 19/5
19/8 19/15 19/25 24/6 27/16 27/17 28/14
31/19 31/23 31/25 32/3 32/4 33/3 33/5 33/6
I've [5]  3/17 6/25 21/20 24/10 25/14
idea [1]  10/12
identified [6]  5/22 6/15 19/3 23/10 23/12
23/13
identifying [1]  19/21
identity [8]  11/16 20/10 22/14 22/22 23/2
23/3 28/20 29/10
ILG [1]  1/3
ill [1]  22/22
illegal [1]  32/12
immediate [1]  18/16
immediately [1]  26/23

## I

imminent [2] 14/9 18/16
implicate [1] 24/7
import [1] 17/5
impossible [1] 21/10
inadvertence [1] 25/20
inadvertent [2] 23/15 27/23
inadvertently [3] 23/16 26/20 28/16
inappropriately [1] 30/16
incited [1] 14/4
include [1] 11/24
included [1] 33/2
inconveniencing [1] 4/10
indeed [1] 8/2
indefinitely [1] 14/19
index [1] 6/2
indicate [1] 23/10
indicated [2] 6/25 21/10
indication [2] 8/4 8/5
infects [1] 21/24
information [22] 11/17 12/1 12/12 21/13 21/16 23/5 24/8 27/14 28/22 29/1 29/6 29/9 29/14 29/24 30/4 30/12 30/16 31/1 31/3 31/4 31/6 31/13
informed [4] 5/12 13/11 21/11 21/17
initially [1] 22/12
injunction [6] 27/14 28/1 28/8 28/13 32/13 32/18
inseparable [1] 19/10
insofar [1] 20/10
instance [4] 21/3 31/11 31/14 31/14
instant [2] 9/9 11/10
intelligently [1] 5/1
intend [3] 4/17 4/25 13/7
intention [2] 17/11 17/15
interchangeably [1] 13/2
interest [13] 5/9 6/10 11/14 12/24 14/3 18/11 21/2 21/15 21/24 22/24 23/8 23/20 24/10
interests [2] 18/4 22/8
internet [2] 16/12 26/5
interpretation [1] 4/23
involving [1] 12/2
IRV [1] 1/19
Irving [2] 3/10 7/15
is [119]
issue [10] 6/24 11/9 13/14 13/22 18/15 21/9 24/12 24/20 30/1 30/25
issued [7] 7/23 9/6 14/18 15/19 16/23 31/5 32/13
issues [4] 14/15 15/2 18/8 24/25
it [80]
it's [22] 4/10 5/21 6/6 8/5 8/25 10/9 14/12 18/13 19/12 19/15 21/6 22/6 23/7 23/17 23/19 25/17 25/19 25/19 26/18 26/25 28/16 30/21
items [4] 4/24 18/23 19/12 19/12
its [5] 15/24 19/17 20/24 20/24 25/8
itself [5] 22/2 22/7 24/13 27/21 32/16

## J

JANE [1] 1/24
John [14] 2/1 6/15 11/16 11/16 12/2 12/5 12/8 12/12 12/13 22/14 22/15 22/22 23/2 23/3
Johnson [3] 2/9 2/11 33/15
JUDGE [7] 1/9 9/14 9/24 10/12 10/14 11/6 29/25
judgment [3] 5/13 21/11 21/17
Judi [3] 2/9 2/11 33/15
judicial [2] 6/3 29/19
juncture [2] 21/6 25/5

## K

just [22] 6/25 7/5 8/3 9/12 10/25 11/1 11/8 11/19 11/20 11/23 19/2 19/15 19/25 21/8 22/1 23/14 26/12 27/13 29/13 30/7 30/24 33/5
Justice [4] 9/5 9/11 12/7 12/14
justification [3] 23/5 25/24 28/18
justify [2] 14/9 24/17

## K

KAMINSKY [6] 1/24 3/5 21/8 23/24 24/6 25/12
keenly [1] 25/6
keep [5] 5/3 23/20 30/11
keeping [4] 25/24 26/4 27/14 29/9
kind [3] 6/2 17/19 28/3
KNIGHT [1] 1/12
know [12] 5/18 9/23 11/4 16/3 17/3 19/12 28/4 28/5 29/3 29/11 29/19 31/17
knowledge [1] 17/20
known [2] 23/9
knows [2] 9/5 19/8
KRAMER [3] 1/24 3/6 23/22

## L

lack [1] 12/23
laid [1] 5/19
largely [3] 3/24 4/1 18/13
last [2] 9/6 13/4
later [1] 31/10
law [14] 3/12 5/10 5/23 6/4 6/24 7/3 7/4 7/15 14/4 18/3 18/5 20/23 24/18 30/20
lawfully [1] 16/5
lawyer [2] 19/1 19/1
lawyers [1] 20/4
leaks [1] 29/18
least [6] 6/12 6/16 13/2 14/9 21/6 24/11
legal [4] 15/16 18/1 18/1 18/8
legally [1] 20/7
legitimacy [1] 13/16
length [1] 24/23
LEO [3] 1/8 2/23 2/24
less [1] 18/12
let [2] 4/3 22/11
letter [6] 8/22 12/7 23/24 24/4 31/11 31/12
letters [1] 4/8
level [1] 14/8
Lexington [1] 2/2
Lexis [4] 23/19 25/16 27/2 28/17
light [1] 21/4
like [4] 11/19 15/3 18/15 28/10
limitation [1] 17/1
limited [2] 6/18 21/1
Linda [2] 3/16 4/22
line [1] 15/24
list [2] 18/23 19/11
literally [1] 7/2
litigation [1] 7/19
little [2] 17/13 27/5
LLP [3] 1/12 1/16 2/1
log [1] 28/17
long [1] 31/16
longer [4] 23/3 26/10 28/21 29/5
look [5] 8/24 9/2 25/16 25/16 26/4
looked [1] 9/1
looks [1] 24/21
LORETTA [1] 1/22
Lorienton [1] 1/13
LYNCH [1] 1/22

## M

made [16] 4/5 4/6 4/20 7/8 10/1 11/21 13/3 13/24 15/21 18/23 24/11 25/13 26/21 27/9 31/5 31/8

## M

mail [1] 2/11
maintain [6] 15/19 16/7 18/7 21/15 28/19 28/22
maintaining [3] 22/13 23/5 29/6
make [19] 4/3 5/12 7/5 8/7 9/12 10/18 10/21 13/6 13/16 16/21 18/19 21/9 21/11 21/17 24/13 25/8 29/3 30/7 30/11
making [3] 30/10
mandate [1] 27/17
mandatory [1] 16/18
many [5] 12/25 28/19 29/3 29/9 29/9
March [1] 6/16
March 17th [1] 6/16
matter [13] 10/13 10/13 14/23 19/24 20/25 23/4 23/23 25/23 28/15 28/18 29/8 30/18 33/12
matters [1] 16/23
may [36]
May 10th [1] 31/17
May 8th [2] 7/25 8/23
MC [3] 3/1 8/15 9/20
MC0150 [1] 1/3
me [34]
meaning [2] 18/24 24/23
means [2] 8/4 18/12
Media [1] 1/12 3/9
meetings [1] 13/12
memorial [1] 4/9
memory [1] 23/24
mention [2] 6/14 15/13
merely [3] 13/21 17/2 17/15
merits [2] 13/18 14/1
Miami [8] 1/12 3/8 3/23 11/23 22/3 23/13 28/25 32/20
might [3] 5/7 25/22 31/14
million [1] 12/2
mind [1] 10/12
minute [1] 18/22
mishap [1] 23/18
misled [1] 12/13
missing [2] 3/15 3/16
misspoke [1] 19/6
misunderstood [1] 26/25
MOBARGHA [8] 2/1 2/3 20/15 27/9 27/12 27/16 30/6 31/19
moment [6] 10/19 25/6 25/8 25/10 25/11 26/9
Montauk [1] 3/13
month [1] 8/10
months [1] 15/14
more [4] 6/20 13/8 13/8 28/24
moreover [3] 11/15 13/3 16/14
morning [13] 3/7 3/10 4/7 4/15 4/18 7/6 9/1 11/1 13/14 13/20 16/13 20/19 20/20
morning's [1] 11/18
MOSKOWITZ [1] 1/16
motion [35]
motions [5] 4/18 4/20 7/8 19/22 22/4
movant [3] 3/11
MOVANTS [1] 1/11
moving [2] 15/13 16/9
Mr [12] 12/19 13/13 13/23 14/25 16/21 17/6 17/23 18/18 19/9 20/15 27/12 33/3
Mr. [28] 3/20 5/16 6/23 7/10 9/14 10/17 10/24 14/13 15/7 15/7 15/13 16/10 17/16 18/14 19/1 19/4 20/4 21/8 23/24 24/6 25/12 27/9 27/16 28/9 29/23 30/6 31/18 31/19
Mr. D'Alessandro [4] 3/20 5/16 6/23 15/7
Mr. Doe [1] 29/23
Mr. Doe's [3] 16/10 18/14 28/9
Mr. Hirsch [5] 7/10 9/14 10/17 10/24 15/7
Mr. Kaminsky [4] 21/8 23/24 24/6 25/12
Mr. Mobargha [4] 27/9 27/16 30/6 31/19

## M

Mr. Oberlander [1] 19/1
Mr. Palmer's [1] 15/13
Mr. Roe [4] 14/13 17/16 19/4 31/18
Mr. Sack [1] 20/4
Ms [1] 3/19
Ms. [2] 20/14 23/22
Ms. Kramer [1] 23/22
Ms. Strauss [1] 20/14
much [8] 5/17 13/8 18/24 20/13 26/7 27/16
 33/7 33/8
must [2] 13/3 24/15
my [17] 7/14 9/16 11/3 11/9 12/10 12/24
 14/1 15/21 16/1 16/25 17/7 17/19 17/23
 18/23 23/24 24/19 32/23

## N

N.Y [1] 1/5
NADER [1] 2/3
name [3] 7/15 23/3 23/13
narrow [1] 11/9
narrowly [2] 6/9 24/20
national [1] 12/6
nearest [1] 25/5
necessary [1] 18/19
necessitated [1] 21/2
necessity [2] 14/6 32/7
need [1] 20/9
never [2] 15/23 16/5
new [16] 1/1 1/13 1/13 1/18 1/18 1/22 1/23
 2/2 2/2 2/22 23/12 28/23 29/15 29/15 29/22
 31/7
news [1] 29/23
newspapers [1] 29/18
Next [1] 9/5
night [1] 13/4
no [32] 2/25 6/7 8/4 8/5 10/12 11/13 11/15
 15/17 16/1 16/4 18/8 18/12 19/7 19/7 19/8
 20/14 22/19 23/2 24/7 25/4 25/7 25/10 26/10
 26/16 26/24 28/21 29/5 31/21 31/21 31/22
 31/22 32/22
none [1] 3/25
not [31] 4/23 10/8 10/8 10/9 13/4 13/15
 13/17 14/11 14/12 15/15 16/24 17/24 18/3
 18/24 18/25 19/8 19/13 19/15 19/15 21/6
 22/24 23/10 23/13 24/7 24/19 26/7 26/17
 28/14 30/11 30/22 32/11
note [2] 3/2 6/12
noted [1] 20/17
Nothing [1] 32/20
notice [1] 19/17
notified [1] 33/8
notion [1] 23/8
now [24] 2/22 2/23 8/11 9/16 10/22 15/20
 15/23 16/1 16/3 17/10 20/15 22/9 23/2 23/4
 23/9 23/18 24/11 25/15 25/18 25/23 26/5
 26/11 26/15 26/16
number [3] 7/17 7/22 15/17
nved.uscourts.gov [1] 2/11

## O

Oberlander [13] 3/12 3/13 12/19 13/13
 13/23 14/25 16/21 17/6 17/23 18/18 19/1
 19/9 33/3
object [1] 11/2
obligation [1] 20/24
observation [2] 4/3 8/6
observations [1] 13/15
obtain [1] 12/14
obvious [2] 22/20 27/4
obviously [6] 5/10 6/6 17/13 26/3 26/7 27/6
occur [1] 25/22

occurred [4] 16/10 20/7 24/24 24/24
occurring [1] 13/7
October [1] 16/11
October 23rd [1] 16/11
off [4] 9/16 16/11 24/20 27/13
offended [1] 7/19
office [4] 3/13 23/17 25/20 28/13
official [3] 2/9 19/14 33/15
okay [6] 8/7 12/18 26/1 31/15 32/6 32/19
omnibus [1] 19/22
once [1] 14/18
one [26] 3/24 4/8 4/15 6/13 6/16 7/1 7/17
 10/6 10/10 10/10 11/23 12/21 14/17 14/21
 15/17 16/4 18/20 18/22 19/8 20/4 21/5 24/21
 24/11 25/24 32/22 32/25
only [18] 3/15 4/11 4/18 4/23 7/7 7/8 10/16
 13/13 15/15 18/1 22/16 22/24 23/6 23/10
 23/13 24/12 29/4 32/10
onset [1] 13/4
open [3] 2/19 2/20 19/19
openness [1] 5/25
opportunity [9] 5/2 5/4 11/2 21/18 21/20
 21/22 24/15 24/16 24/22
order [20] 8/6 9/15 9/15 9/17 9/24 10/14
 14/18 15/18 15/22 16/1 16/4 16/6 16/18
 18/20 22/18 26/24 30/3 31/6 32/24 32/25
order and [1] 16/18
orders [1] 6/13
origins [1] 23/11
other [11] 4/16 7/7 11/4 17/12 18/15 20/4
 20/4 24/24 28/19 29/6 29/23
our [10] 3/23 4/1 5/19 5/20 6/21 8/1 8/17
 8/22 11/13 16/9
out [12] 5/19 8/3 16/3 16/3 25/14 25/18
 25/23 28/17 29/14 30/3 30/4 31/4
over [3] 19/13 19/13 28/19
override [2] 5/9 18/4
overriding [4] 21/24 22/23 24/10 24/17
overwhelming [1] 11/14
own [2] 19/17 20/24

## P

page [2] 6/11 27/8
Page 96 [1] 6/11
Palmer [2] 3/14 4/21
Palmer's [1] 15/13
papers [11] 4/1 4/8 5/20 11/12 15/6 15/14
 15/21 16/2 16/9 18/22 30/14
pardon [1] 10/20
part [2] 7/7 7/8
parte [2] 13/12 24/5
partial [1] 14/10
particular [1] 32/25
particularized [2] 16/8 17/4
parties [1] 14/23
partner [1] 7/15
party [1] 30/3
pay [1] 14/19
Pentagon [1] 30/14
per [1] 14/19
perfectly [3] 7/4 10/11 15/7
perhaps [4] 10/8 22/25 31/7 31/10
period [4] 5/11 8/17 14/18 27/20
permit [1] 5/11
permitting [1] 30/10
perpetuity [1] 21/5
person [3] 3/16 10/10 22/24
persons [1] 3/15
pertains [1] 24/12
petition [2] 14/11 16/15
photo [1] 29/23
photograph [2] 23/14 28/25
place [1] 26/13

Plaza [1] 1/23
plea [1] 12/1
please [3] 3/2 7/14 32/7
point [17] 6/16 7/17 8/3 8/9 12/21 14/6 14/8
 15/20 16/2 16/3 20/2 26/3 27/5 28/18 30/10
 32/11 32/23
points [2] 7/16 29/14
position [6] 3/23 5/19 17/21 17/23 22/7 25/8
possible [2] 28/21 28/23
possibly [1] 14/8
potential [1] 9/11
precise [1] 9/15
predict [1] 15/1
prejudice [1] 22/8
prepared [2] 5/14 21/7
presence [1] 18/10
present [2] 2/20
presentation [2] 13/9 17/25
presented [3] 14/14 15/3 25/1
presenting [3] 15/2 17/11 17/21
preserve [1] 6/8
presiding [1] 2/23
press [3] 6/14 11/24 11/25
pressure [1] 12/23
presumably [2] 16/16 17/14
presumed [1] 14/5
presumption [2] 5/25 6/7
presumptively [1] 23/7
preventing [1] 32/13
previously [1] 11/13
principles [2] 18/1 18/2
pro [1] 3/17
procedural [4] 3/24 4/2 5/21 17/18
Procedurally [1] 13/25
proceeding [6] 4/13 10/11 14/16 19/1 23/11
 32/8
proceedings [4] 2/13 6/3 32/3 33/12
produced [1] 2/13
proffering [1] 19/15
proliferation [1] 29/22
proof [3] 18/6 21/19 21/21
properly [1] 16/5
propose [1] 4/14
propriety [3] 16/22 20/23 30/10
protect [4] 11/15 14/7 20/10 22/14
protected [1] 30/17
provide [1] 6/2
provisions [1] 32/25
public [12] 6/3 14/12 16/10 16/12 17/5 20/7
 23/4 25/18 25/24 30/11 31/1 31/3
publication [2] 23/15 31/8
publicly [1] 26/9
published [2] 12/10 28/23
pure [1] 18/8
purporting [1] 14/18
purpose [3] 19/21 21/23 24/19
purposes [3] 9/10 17/11 19/1
pursuant [1] 16/6
put [4] 11/19 19/2 25/14 25/18
putting [3] 24/7 27/22 28/4

## Q

question [7] 6/22 14/17 22/17 24/6 25/13
 27/4 27/18
questions [2] 6/20 14/14
quick [1] 32/23
quickly [2] 13/3 31/16
quite [1] 6/25
quote [1] 20/5
quoting [1] 6/10

## R

racketeering [1] 16/16

## R

Ray [1] 19/23
Re [1] 1/2
reach [1] 14/19
reading [1] 4/21
ready [2] 5/16 17/18
reason [7] 15/13 16/4 16/8 17/4 19/9 22/25 30/1
reasons [4] 6/1 6/19 23/1 29/9
rebuttable [1] 6/6
receive [1] 13/24
received [2] 4/15 11/1
recent [1] 29/22
recite [1] 7/2
recognize [1] 6/6
recognized [2] 29/17 29/19
record [10] 3/3 5/3 8/3 9/12 11/19 11/25 12/4 13/21 30/7 33/12
recorded [1] 2/13
records [1] 15/25
recusal [1] 13/1
redacted [1] 16/14
reevaluate [1] 20/25
refer [1] 22/14
reference [1] 13/24
references [1] 27/15
referencing [1] 31/6
referring [1] 8/11
refers [1] 32/24
reflected [2] 8/23 22/5
reflects [2] 13/12 21/12
refuting [1] 33/5
regard [2] 15/2 19/10
regarding [9] 6/25 13/18 24/14 27/14 29/14 29/22 29/23 31/1 31/9
regardless [1] 31/7
regards [1] 5/23
rehash [1] 32/11
reiterate [1] 25/5
rejected [1] 29/21
relate [1] 24/18
related [2] 10/16 24/25
relation [1] 24/24
release [3] 6/15 11/24 12/1
relief [3] 11/21 12/16 14/22
relying [1] 11/12
remain [1] 21/5 31/5 31/7
remained [2] 23/2 26/22
remand [1] 32/25
remarks [1] 11/9
renew [1] 9/8
replace [1] 13/8
report [2] 7/25 8/2
Reporter [4] 2/9 2/9 33/10 33/15
reports [1] 29/23
represented [1] 19/3
representing [1] 19/4
request [2] 13/1 17/20
requested [2] 4/6 12/17
requesting [2] 4/8 12/8
requests [1] 17/17
require [5] 5/2 15/24 18/8 18/11 18/16
required [1] 15/18
requires [1] 17/24
resealed [4] 26/24 31/10 31/13 31/16
resolution [1] 12/15
resolved [1] 30/22
respect [20] 4/16 5/15 6/24 7/4 8/1 9/9 9/14 9/18 9/25 10/6 10/10 10/25 11/3 12/12 13/16 15/6 16/22 20/23 21/11 21/19
respectfully [6] 6/21 7/20 8/8 9/8 10/18 10/21

respond [1] 20/16
responded [1] 25/13
response [3] 4/15 8/8 26/20
rest [3] 15/5 18/21 18/22
restitution [2] 14/24 16/23
restricted [1] 18/12
result [3] 10/5 12/22 23/17
reveal [1] 28/3
revealed [1] 31/13
reveals [1] 16/16
review [3] 5/5 5/11 16/7
reviewing [1] 32/8
Richard [5] 1/17 3/11 9/8 19/10 29/25
Richmond [1] 15/24
RICO [1] 31/18
right [19] 3/20 5/10 6/4 7/3 7/3 13/25 14/23 15/12 15/15 18/3 18/5 20/14 20/24 21/1 22/9 24/18 26/5 26/10 31/13
rights [1] 5/23
rise [1] 2/21
risk [1] 18/15
Roe [9] 1/17 3/11 9/8 14/13 17/16 19/4 19/10 30/1 31/18
rose [1] 14/8
RPR [2] 2/9 33/15
rule [2] 4/4 10/23
ruled [1] 15/23
rumors [1] 29/17

## S

Sack [1] 20/4
safest [1] 12/25
safety [3] 14/7 18/14 22/24
said [11] 4/1 5/16 5/20 10/17 13/10 13/10 14/2 15/6 27/22 33/5 33/7
sale [1] 27/5
same [3] 10/21 12/3 27/8
satisfy [3] 18/12 21/14 24/9
say [4] 19/11 25/10 26/8 31/22
says [1] 16/12
schedules [1] 17/19
scope [1] 18/19
se [2] 3/17 14/19
seal [3] 13/17 22/17 27/15
sealed [24] 5/4 5/6 14/17 14/21 16/6 20/23 20/25 21/5 21/12 21/23 23/1 23/2 23/20 24/9 25/25 26/4 26/10 29/8 29/9 29/24 30/12 31/5 31/7 31/13
sealing [20] 11/4 14/10 14/18 15/18 18/7 21/2 21/4 22/12 22/13 22/16 22/18 23/6 25/2 25/7 25/11 26/12 28/18 29/2 29/4 30/3
second [12] 5/24 6/1 6/13 6/13 14/21 15/25 16/8 29/16 32/24 32/24 33/4 33/7
secondary [1] 12/9
Secondly [1] 29/22
seconds [1] 23/21
secret [1] 23/3
see [4] 9/2 27/1 27/2 28/18
seek [1] 12/16
seeking [4] 4/23 9/9 10/22 11/21
seeks [1] 7/6
seemed [1] 12/25
sense [2] 25/14 28/4
sent [2] 13/4 17/16
sentence [1] 12/8 16/10 16/22
sentenced [2] 16/15 16/16
sentencing [1] 16/11
separate [2] 28/5 29/10
seriously [1] 12/22
serve [1] 6/9
served [1] 13/5
serves [1] 23/24
service [1] 4/9

session [1] 2/23
set [1] 17/19
seven [1] 26/19
several [2] 13/11 24/5
severance [4] 19/22 19/23 19/25 20/12
She [1] 3/17
sheet [40]
sheets [2] 5/24 6/2
should [8] 4/6 13/23 15/5 17/9 23/9 24/15 25/21 31/4
show [1] 32/11
showing [2] 18/16 18/19
shows [4] 8/1 15/21 16/1 20/2
similar [2] 30/25 31/11
simply [6] 4/25 5/21 13/6 15/4 17/24 30/2
since [3] 15/17 15/25 28/23
sir [2] 9/19 16/25
sit [1] 7/1
site [1] 16/12
sitting [1] 20/11
six [2] 15/14 26/19
sixth [1] 26/21
slipped [1] 16/3
small [2] 12/21 18/22
so [17] 5/14 15/25 16/4 16/15 16/24 17/20 18/24 19/15 20/7 21/21 22/1 22/1 26/25 27/6 28/4 29/2 29/20 31/14
solely [1] 17/12
some [22] 4/20 6/17 8/9 8/17 14/8 15/14 16/22 17/18 19/9 20/9 21/21 23/25 25/20 27/25 28/3 28/12 28/13 29/5 29/18 30/19 31/1 31/3
somebody [5] 4/9 19/3 26/4 30/11 30/15
something [8] 12/24 16/7 26/4 27/5 29/19 30/11 30/16 31/15
somewhere [2] 26/21 26/22
sorry [3] 19/5 19/5 31/23
sought [1] 6/17
Southern [2] 23/11 32/4
speaking [3] 9/16 20/8 27/13
specific [3] 6/20 6/22 10/14
specifically [5] 9/18 9/25 15/16 24/1 28/25
speculate [1] 9/23
speed [1] 13/7
stack [1] 4/7
stage [1] 24/13
stake [1] 5/23
stand [1] 16/2
standard [1] 14/9
start [1] 27/13
started [1] 19/24
state [2] 7/23 15/14
stated [1] 12/5
statement [1] 8/7
statements [1] 11/20
states [14] 1/1 1/4 1/9 1/22 1/25 2/21 3/4 3/5 12/4 12/12 14/14 15/1 19/18 30/14
stating [2] 17/2 17/3
stating that [1] 17/2
status [1] 7/25
STEIN [1] 2/1
stenography [1] 2/13
STEVEN [2] 1/14 3/8
still [9] 10/24 11/7 11/8 12/6 12/22 21/24 22/14 31/4 31/5
Strauss [4] 3/16 3/19 4/22 20/14
Street [2] 1/13 1/17
subject [2] 4/24 30/3
submit [2] 18/15 20/8
submitted [3] 10/25 11/13 14/13
subpoena [1] 17/13
substance [1] 12/12
substantially [1] 5/20

## S

subsume [1] 14/4
such [4] 14/17 14/22 14/23 15/22
suggesting [1] 28/15
sum [2] 11/12 32/15
summary [1] 6/13
support [1] 11/20
suppose [1] 7/1
suppression [1] 6/8
Supreme [5] 14/13 15/1 15/3 15/23 30/13
sure [6] 5/25 11/22 13/4 14/2 19/8 21/9

## T

tailored [1] 6/9
take [6] 3/15 5/11 19/17 21/3 21/21 33/1
takes [1] 2/24
taking [1] 26/13
Telephone [1] 2/10
tell [3] 13/23 22/9 26/11
telling [2] 20/1 26/17
testify [1] 20/6
testimonial [1] 17/22
than [1] 6/20
Thank [14] 3/22 5/17 7/9 7/13 9/3 11/5
12/17 12/18 12/20 20/13 20/21 32/18 33/7
33/8
that [259]
that the [1] 10/13
that's [21] 7/6 13/17 13/20 15/20 16/14
16/24 18/7 18/21 19/5 20/7 22/2 22/2 22/2
22/3 23/9 24/3 27/6 28/5 30/17 30/22 32/15
their [3] 6/4 6/4 17/20
them [7] 5/8 6/20 11/23 14/15 16/11 24/17
30/25
themselves [2] 19/21 21/12
then [5] 8/7 18/21 26/10 26/23 30/4
there [56]
there's [13] 6/7 7/18 8/5 9/11 11/13 12/1
17/4 20/9 21/15 22/18 24/10 26/7 27/4
thereafter [1] 22/13
these [2] 6/19 32/3
they [10] 5/25 6/14 11/24 15/16 16/24 18/14
20/4 24/24 31/1 31/4
they're [1] 20/11
thing [2] 6/11 23/6
things [3] 12/13 16/17 28/19
think [14] 5/19 6/11 11/22 16/13 20/17 23/7
24/11 25/12 26/19 26/21 27/3 28/7 31/11
31/14
third [1] 14/23
this [53]
those [20] 5/6 11/22 14/15 18/2 18/8 19/12
21/13 21/16 21/19 21/25 22/15 22/25 23/1
24/16 28/1 28/2 28/6 28/7 29/12 31/3
thought [2] 9/24 15/9
three [1] 24/11
through [2] 24/5 29/18
thus [1] 9/12
time [16] 5/11 9/22 12/22 16/9 16/25 17/13
21/21 22/21 23/25 24/4 25/10 26/10 26/24
27/7 27/24 28/2
times [7] 23/12 24/11 28/23 29/3 29/15
29/16 31/7
timing [4] 24/22 28/1 28/7 32/17
titles [1] 28/6
today [8] 3/24 5/11 11/9 11/11 17/15 17/18
24/4 25/17
today's [1] 9/10
TODD [2] 1/24 3/5
told [1] 3/18
took [2] 12/24 16/11
top [1] 9/16

## topic
topic [1] 24/20
transcript [7] 1/8 2/13 12/3 19/14 20/1 20/2
33/11
Transcription [1] 2/13
trial [2] 13/2 13/4
true [1] 16/17
two [6] 7/22 14/14 16/16 23/21 29/20 32/25
types [1] 29/18

## U

unable [1] 12/23
unconstitutional [1] 14/20
under [4] 9/6 10/1 13/17 27/15
underlying [3] 6/14 12/15 22/12
understand [9] 3/24 10/7 18/13 26/2 30/9
31/21 32/2 32/6 32/10
understanding [3] 12/11 26/2 26/8
understands [1] 19/16
unfortunate [2] 23/17 23/18
unified [1] 19/16
UNITED [13] 1/1 1/4 1/9 1/22 1/25 2/21 3/4
3/5 12/4 14/13 15/1 19/18 30/13
unlawful [1] 32/12
unseal [11] 1/2 4/19 4/23 6/17 9/9 11/11
13/14 16/5 27/19 30/20 33/2
unsealable [1] 27/6
unsealed [15] 8/9 8/14 14/22 15/5 16/14
17/9 23/16 24/2 25/22 26/20 26/22 28/16
28/16 31/10 31/12
unsealing [16] 5/15 7/7 13/19 14/1 15/15
15/17 22/1 22/4 22/7 24/14 25/9 25/21 27/22
27/23 27/24 33/2
until [3] 10/23 21/18 26/22
unusual [2] 10/8 10/9
up [6] 11/9 19/24 26/4 30/2 32/11 33/1
upon [6] 7/3 11/12 12/16 22/20 23/8 24/7
urge [1] 6/21
used [1] 13/2

## V

validity [1] 13/16
values [1] 13/16
versus [2] 19/18 21/1
very [33] 5/17 5/24 7/5 7/5 9/24 9/25 10/4
10/9 10/14 10/14 11/22 15/24 17/8 17/13
17/23 19/7 20/2 20/13 21/9 21/13 27/4 27/16
27/16 29/8 30/25 31/25 31/25 32/3 32/4 33/3
33/6 33/7 33/8
viable [1] 29/5
view [1] 11/13
violate [3] 27/25 30/4 32/17
violated [1] 28/14
violation [2] 28/8 28/12
virtue [2] 25/20 29/7

## W

walked [1] 26/17
want [7] 7/5 7/10 12/19 14/25 21/8 24/20
27/9
wanted [6] 8/3 13/21 19/11 19/25 27/13 30/7
wants [2] 25/15 25/16
warrant [2] 4/22 5/7
warranted [1] 22/16
warrants [1] 4/10
was [77]
wasn't [4] 10/12 17/20 26/12 30/17
way [6] 4/15 4/16 14/22 20/9 27/10 28/13
ways [1] 27/25
we [19] 3/20 3/25 6/6 6/7 6/21 7/20 8/1 9/8
12/16 13/10 15/20 16/3 16/11 17/13 19/14
29/16 29/24 29/24 30/19
we'll [1] 22/14
we're [3] 3/24 11/21 29/3

## we've
we've [1] 12/17
week [2] 9/6 23/14
well [14] 5/5 6/1 9/25 10/4 10/23 11/22 15/9
20/22 21/13 27/3 27/21 28/6 29/9 30/24
were [15] 4/20 4/24 13/7 14/15 14/22 14/22
15/9 15/14 18/14 18/14 19/20 22/15 24/8
26/14 29/16
West [1] 1/13
Westlaw [7] 8/20 23/19 25/16 26/15 26/18
27/1 28/17
what [25] 3/17 4/17 13/4 13/16 15/1 15/6
15/19 17/3 17/14 17/20 22/3 22/3 23/5 23/19
25/24 26/13 27/18 29/7 29/11 31/7 32/4 32/8
33/4 33/5 33/6
what's [3] 20/1 26/3 30/22
whatever [1] 14/9
when [7] 20/10 24/21 24/24 24/24 26/2
29/16 31/1
where [3] 25/6 30/15 31/11
whether [14] 10/11 14/17 14/21 15/4 15/23
17/8 17/17 18/3 21/20 21/23 22/18 24/17
25/21 29/5
which [57]
who [11] 16/15 18/6 19/3 19/8 25/15 25/16
28/11 28/14 28/17 28/24 30/3
who's [1] 20/6
whoever [2] 19/23 20/15
why [7] 3/20 6/1 9/23 9/23 19/24 22/10 30/1
will [8] 5/17 13/19 14/2 17/25 21/5 21/21
22/7 25/8
WILSON [11] 1/16 3/10 4/12 4/21 7/16 7/18
7/20 7/24 9/7 17/16 30/1
wish [4] 12/21 13/17 14/10 15/5
wishes [2] 20/15 28/17
withdraw [2] 9/7 10/1
withdrawal [1] 10/22
within [1] 22/23
Without [1] 14/6
witness [1] 20/6
witnesses [2] 3/25 17/17
won't [2] 9/23 23/10
words [2] 13/11 17/13
work [1] 19/25
would [36]
writ [1] 14/11
written [3] 7/18 15/14 23/25

## Y

year [2] 12/3 12/11
years [1] 28/19
Yes [11] 7/11 8/14 8/16 8/18 8/21 9/21 10/15
12/20 16/20 27/11 28/13
yesterday [1] 4/13
yet [2] 14/11 14/12
YORK [15] 1/1 1/13 1/13 1/18 1/18 1/22
1/23 2/2 2/2 2/22 23/12 28/23 29/15 29/16
31/7
you [56]
you'll [3] 21/21 22/9 33/8
you're [8] 5/15 10/24 11/7 15/2 16/21 17/3
21/9 30/10
you've [3] 20/17 25/12 25/13
your [77]
yours [1] 21/19
yourself [4] 13/18 15/4 17/7 22/1