# EXHIBIT E

CLOSED,MJSELECT

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:98-cr-01102-ILG-1

Case title: USA v. Lauria

Date Filed: 12/03/1998
Date Terminated: 02/05/2004

Assigned to: Judge I. Leo Glasser

**Defendant (1)**

**Salvatore Lauria**
*TERMINATED: 02/05/2004*

represented by **Robert G. Stahl**
Robert G. Stahl LLC
220 St Paul Street
Westfield, NJ 07090
908-301-9001
Fax: 908-301-9008
Email: rstahl@stahlesq.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas Edward Moseley**
Law Offices of Thomas E. Moseley
One Gateway Center
Suite 2600
Newark, NJ 07102
973-622-8176
Fax: 973-645-9493
Email: moselaw@ix.netcom.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| RACKETEERING (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                                      **Disposition**

None

---

**Plaintiff**

USA                                              represented by   **Alicyn L. Cooley**
                                                                  United States Attorney's Office
                                                                  271 Cadman Plaza East
                                                                  Brooklyn, NY 11201
                                                                  718-254-6389
                                                                  Fax: 718-254-6076
                                                                  Email: alicyn.cooley@usdoj.gov
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  *Designation: Government Attorney*

                                                                  **Jonathan S. Sack**
                                                                  Morvillo, Abramowitz, Grand Iason &
                                                                  Anello P.C.
                                                                  565 Fifth Avenue
                                                                  New York, NY 10017
                                                                  212-856-9600
                                                                  Fax: 212-856-9494
                                                                  Email: jsack@maglaw.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Girish Karthik Srinivasan**
                                                                  U.S. Attorney's Office
                                                                  Eastern District Of New York
                                                                  271 Cadman Plaza East
                                                                  Brooklyn, NY 11201
                                                                  718-254-6013
                                                                  Fax: 718-254-6076
                                                                  Email: karthik.srinivasan@usdoj.gov
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/1998 | [1](#) | Notice of intent to proceed under FRCrP 7(b) as to 1-98-cr-1102-01. (Guzzi, Roseann) (Ramos, Shirley). (Entered: 12/07/1998) |
| 12/03/1998 |   | Magistrate Chrein has been selected by random selection to handle any matters that may be referred in this case. (Guzzi, Roseann) (Entered: 12/07/1998) |

| Date | Doc # | Description |
|---|---|---|
| 12/10/1998 | 2 | LETTER dated 12/10/98 from AUSA Jonathan Sack. (AUSA file #98r02283) (Guzzi, Roseann) (Sica, Michele). (Entered: 12/10/1998) |
| 12/10/1998 | 3 | SEALED DOCUMENT as to 1-98-cr-1102-01 containing felony information. AUSA file #98R02283. (Guzzi, Roseann) (Sica, Michele). (Entered: 12/15/1998) |
| 12/10/1998 | 24 | INFORMATION as to 1-98-cr-1102-01 Salvatore Lauria (1) count(s) 1. (Sica, Michele) (Entered: 03/27/2009) |
| 03/12/1999 | 4 | (SEALED)LETTER dated 3/10/99 from AUSA Jonathan Sack to Judge Gleeson. (AUSA file #1998R02283). (Guzzi, Roseann) (Sica, Michele). (Entered: 03/12/1999) |
| 07/09/1999 | 23 | NOTICE OF ATTORNEY APPEARANCE: Robert G. Stahl appearing for 1-98-cr-1102-01 Salvatore lauria (Sica, Michele) (Entered: 03/27/2009) |
| 09/27/1999 | 5 | SEALED LETTER from AUSA Jonathan Sack submitted 9/20/99. (Guzzi, Roseann) (Sica, Michele). (Entered: 09/27/1999) |
| 11/03/1999 | 6 | Sealed envelope containing LETTER dated 10/28/99. (PLACED IN VAULT). (Greves, Liz) (Sica, Michele). (Entered: 11/03/1999) |
| 01/27/2000 | 7 | SEALED LETTER dated 1/26/00 from AUSA Jonathan Sack to Judge Glasser. (AUSA file #1998RO2283) (Guzzi, Roseann) (Sica, Michele). (Entered: 01/27/2000) |
| 03/22/2000 | 8 | SEALED LETTER dated 3/13/00 from AUSA Jonathan Sack to Judge Glasser. AUSA Jonathan Sack 1998R02283. (Guzzi, Roseann) (Sica, Michele). (Entered: 03/22/2000) |
| 05/18/2000 | 9 | Sealed envelope containing LETTER dated 5/15/2000. (PLACED IN VAULT). (Greves, Liz) (Sica, Michele). (Entered: 05/18/2000) |
| 11/16/2001 | 10 | ORDER as to 1-98-cr-1102-01 unsealing the guilty plea transcript. (Signed by Senior Judge I. L. Glasser, on 11/15/01) (Sica, Michele) (Entered: 11/19/2001) |
| 01/02/2002 | 11 | SEALED DOCUMENT as to 1-98-cr-1102-01 (letter). (Rodriguez,Angela) (Sica, Michele). (Entered: 01/11/2002) |
| 05/01/2002 | 12 | SEALED DOCUMENT as to 1-98-cr-1102-01. (Rodriguez,Angela) (Sica, Michele). (Entered: 05/10/2002) |
| 02/06/2003 | 13 | SEALED DOCUMENT as to 1-98-cr-1102-01; date of sealing 2/5/03; documents enclosed: correspondence. (Sica, Michele) (Sica, Michele). (Entered: 02/06/2003) |
| 12/23/2003 |  | Case sealed as to 1-98-cr-1102-01 (Piper, Francine) (Entered: 12/23/2003) |
| 12/23/2003 | 14 | ORDER as to 1-98-cr-1102-01 (endorsed on letter dated 11/26/03 from Robert Stahl to Judge Glasser), sentencing is adjourned to 2/5/03 at 10:00. (Signed by Judge I. Leo Glasser on 12/2/03) (Piper, Francine) (Sica, Michele). (Entered: 12/23/2003) |
| 02/25/2004 |  |  |

| | | |
|---|---|---|
| | 15 | SEALED DOCUMENT (Calendar and J&C ) as to 1-98-cr-1102-01 placed in vault (Piper, Francine) (Sica, Michele). (Entered: 03/02/2004) |
| 04/13/2004 | 16 | ORDER as to Salvatore Lauria placed in Vault.(Signed by Judge I. Leo Glasser on 4/12/04) (Piper, Francine) (Sica, Michele). (Entered: 04/27/2004) |
| 04/29/2004 | 17 | ORDER as to 1-98-cr-1102-01, that the Clerk of Court is directed to unseal the case for the purpose of transfer of jurisdiction only. ( Signed by Judge I. Leo Glasser on 4/19/04) (Piper, Francine) (Entered: 04/29/2004) |
| 04/29/2004 | 18 | Transfer of Jurisdiction ORDER as to Salvatore Lauria that the jurisdiction of the probationer be transferred to the U.S.D.C. of Connecticut upon that court's order of acceptance of jurisdiction. (Signed by Judge I. Leo Glasser on 3/9/04). It is ordered that the jurisdiction of the probationer is accepted by this court. (Signed by District Judge in Connecticut on 3/24/04) (Piper, Francine) (Additional attachment(s) added on 3/27/2009: # 1 transfer of jurisdiction) (Sica, Michele). (Entered: 04/29/2004) |
| 04/29/2004 | | Probation Jurisdiction Transferred to District of Connecticut as to 1-98-cr-1102-01 Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (certifies copies sent in sealed envelopes) (Piper, Francine) (Entered: 04/29/2004) |
| 05/06/2004 | 19 | Certificate of Service as to 1-98-cr-1102-01 of Transfer of Probation documents via fedex on 5/5/04 upon Clerk of Court, USDC of Connecticut. (package tracking #838948354459) (Piper, Francine) (Entered: 05/06/2004) |
| 04/19/2005 | 20 | Letter dated 1/27/05 from Keith Barry to Judge Glasser, recommending that the court order the dft to pay off the entire cost for electronic monitoring and that dft be confined to his home on weekends for the remainder of home confinement which terminates on 4/29/05. (Piper, Francine) (Entered: 04/19/2005) |
| 04/19/2005 | 21 | Letter dated 2/14/05 from Keith Barry to Judge Glasser, enclosing a list of dates and times dft was in violation of the special condition ordering home confinement. (Piper, Francine) (Additional attachment(s) added on 3/27/2009: # 1 letter dtd 02/14/05) (Sica, Michele). (Entered: 04/19/2005) |
| 03/24/2009 | 22 | Order to Unseal Case as to 1-98-cr-1102-01. (Ordered by Magistrate Judge Roanne L. Mann on 3/18/2009) (Piper, Francine) (Entered: 03/24/2009) |
| 01/26/2011 | 25 | Order to Seal Document as to Salvatore Lauria. For the reasons stated in the government's letter dtd. December 2, 2010, the government respectfully moves to seal the April 29, 2002 letter (Document 12) in the above-captioned case. Ordered by Senior Judge I. Leo Glasser on 1/25/2011. (Layne, Monique) (Entered: 01/26/2011) |
| 09/20/2012 | 26 | MOTION to Unseal Document *Limited Unsealing Application* by USA as to Salvatore Lauria. (Attachments: # 1 Proposed Order Limited Unsealing Order) (Cooley, Alicyn) (Entered: 09/20/2012) |
| 09/21/2012 | 27 | |

| | | |
|---|---|---|
| | | LIMITED UNSEALING ORDER, granting 26 Motion to Unseal Document as to Salvatore Lauria (1). Ordered by Judge I. Leo Glasser on 9/21/2012. (Layne, Monique) (Entered: 09/21/2012) |
| 03/11/2016 | 28 | NOTICE OF ATTORNEY APPEARANCE: Thomas Edward Moseley appearing for Salvatore Lauria (Moseley, Thomas) (Entered: 03/11/2016) |
| 03/11/2016 | 29 | Emergency MOTION to Unseal Document *information, transcripts 5K letter* by Salvatore Lauria. (Moseley, Thomas) (Entered: 03/11/2016) |
| 03/14/2016 | 30 | SCHEDULING ORDER as to Salvatore Lauria re 29 Emergency MOTION to Unseal Documents. A motion has been made to unseal the record in this case as described in DE 29. The government may submit its response in writing, failing which, the motion will be heard at 11:30 a.m. on March 21, 2016. Ordered by Judge I. Leo Glasser on 3/14/2016. (Kessler, Stanley) (Entered: 03/14/2016) |
| 03/17/2016 | 31 | Letter *requesting an adjournment of the deadline to respond to the defendant's motion dated March 11, 2016* as to Salvatore Lauria (Cooley, Alicyn) (Entered: 03/17/2016) |
| 03/18/2016 | 32 | ORDER endorsed on letter 31 dtd 3/17/2016 from Alicyn Cooley, AUSA, to the Court, granting the application, on consent, to extend the government's time to respond to the unsealing motion, and any oral argument, until 4/4/2016. Ordered by Judge I. Leo Glasser on 3/18/2016. (Kessler, Stanley) (Entered: 03/18/2016) |
| 04/04/2016 | 33 | RESPONSE to Motion re 29 Emergency MOTION to Unseal Document *information, transcripts 5K letter* (Attachments: # 1 Exhibit A) (Cooley, Alicyn) (Entered: 04/04/2016) |
| 04/05/2016 | 34 | ORDER unsealing certain documents for limited purposes. Ordered by Judge I. Leo Glasser on 4/5/2016. (Kessler, Stanley) (Entered: 04/05/2016) |
| 04/07/2016 | 35 | Letter *in further response to the defendant's March 11, 2016 motion* 29 as to Salvatore Lauria (Cooley, Alicyn) (Entered: 04/07/2016) |
| 04/11/2016 | | ORDER, granting 29 Motion to Unseal Document as to Salvatore Lauria (1). See 34 . Ordered by Judge I. Leo Glasser on 4/5/2016. (Layne, Monique) (Entered: 04/11/2016) |
| 04/11/2016 | 36 | ENDORSED ORDER, as to Salvatore Lauria on govt's 35 letter in further response to deft's 29 motion to unseal document information. So Ordered. Ordered by Judge I. Leo Glasser on 4/8/2016. (Layne, Monique). (Entered: 04/11/2016) |
| 06/04/2017 | 37 | NOTICE OF ATTORNEY APPEARANCE Girish Karthik Srinivasan appearing for USA. (Srinivasan, Girish) (Entered: 06/04/2017) |
| 06/04/2017 | | |

|            | 38 | MOTION to Unseal Document *No. 12* by USA as to Salvatore Lauria. (Srinivasan, Girish) (Entered: 06/04/2017) |
| ---------- | -- | ------------------------------------------------------------------------------------------------------------- |
| 06/05/2017 | 39 | ORDER Granting 38 Motion to Unseal Document 12 as to Salvatore Lauria (1). SO Ordered by Judge I. Leo Glasser on 6/5/2017. (Manson, Eddie) (Entered: 06/05/2017) |

| PACER Service Center |||| 
| --- | --- | --- | --- |
| Transaction Receipt ||||
| 05/28/2018 23:58:06 ||||
| **PACER Login:** | richardlerner:3994622:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:98-cr-01102-ILG |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |